## EXHIBITS INDEX

| | |
|---|---|
| A | 1st Step Grievance #396015 - Sarah Alanzo & CLOSED CUSTODY INMATES |
| A-1 | Reply to Grievance #396015 |
| B | 2nd Step Grievance #396025 with answer |
| C | 3rd Step Grievance #394928 with answer |
| C-1 | Addendum to Grievance #394928 |
| C-2 | Letter to PSD Director, Nolan Espinda dated 7/27/16 |
| C-3 | Page 2 of letter to PSD Director Dated 7/27/16 |
| C-4 | 2 Requests for transfer & workline answered by UTM Keone Morreira |
| C-5 | Letter from RSA Dovie Borges dated 2/14/17 |
| C-6 | Request To/From RSA Dovie Borges dates 3/18/17 |
| C-7 | Page 2 of request from RSA dovie Borges dated 3/8/17 |
| C-8 | Requests regarding classification & Sarah Alanzo's collusion |
| C-9 | Letter to UTM Keone Morreira dated 4/4/17 |
| C-10 | Pade 2 of letter to UTM Keone Morreira dated 4/4/17 |
| C-11 | Response from UTM Keone M. dated 4/4/17 |
| C-12 | 2 Requests dated 4/7/17 & 4/11/17 |
| C-13 | Letter from IDA Shari Kimotot dated 4/7/17 |
| C-14 | Queens Medical Discharge Instructions dated 4/8/17 |
| C-15 | 2 Requests dated 5/9/17 & 5/12/17 answered by C/M Megan Owens |
| D | 2nd Step Grievance #397072 - Drug Writeup (No Answer) |
| E | 3rd Step Grievance #397075 with answer |
| E-1 | Addendum to Grievance #397075 |
| E-2 | Administrative Segregation (WCF) dated 7/27/17 |
| E-3 | Memo to Lt. Monteilh dated 7/27/17 |
| E-4 | Page 2 of Memo to Lt. A. Monteilh dated 7/27/17 |
| E-5 | Memo to Chief of Security Thomas Evans (WCF) dated 7/27/17 |
| E-6 | WCF Incident Report dated 7/27/17 |
| E-7 | WCF Pictues of living area dated 7/27/17 |
| E-8 | U.A. memo to COS Thomas Evans dated 7/27/17 |
| E-9 | Drug Test Notice dated 7/27/17 |
| E-10 | Page 2 of Drug Test Notice dated 7/27/17 |

## EXHIBITS INDEX - CON'T

| | |
|---|---|
| E-11 | WCF Incident Report by Quintin D'Agirbaud dated 7/27/17 |
| E-12 | Page 2 of WCF Incident Report by Quintin D'Agirbaud dated 7/27/17 |
| E-13 | Page 3 of WCF Incident Report by Quintin D'Agirbaud dated 7/27/17 |
| E-14 | Investigation Interview dated 8/1/17 |
| E-15 | Page 2 of Investigation Interview dated 8/1/17 |
| E-16 | Notice of Misconduct & Hearing dated 8/22/17 |
| E-17 | Results of Misconduct & Hearing dated 8/25/17 |
| E-18 | 2 Requests dated 9/10/17 & 10/10/17 answered by CM Megan Owens |
| E-19 | Letter from RSA Dovie Borges dated 10/6/17 |
| E-20 | Letter to PSD Director Nolan Espinda dated 11/1/17 |
| E-21 | Letter from IDA Shari Kimoto dated 11/20/17 |
| F | 3rd Step Grievance #397727 with answer |
| F-1 | Custody Evaluation Form |
| F-2 | Page 2 of Custody Evaluation Form |
| F-3 | 2 Requests dated 9/7/17 & 9/11/17 answered by CM Megan Owens |
| F-4 | Request to Grievance Officer with answer dated 11/1/17 |
| F-5 | Page 2 of Answer from Grievance Officer dated 11/1/17 |
| F-6 | R.A.D. Treatment Plan dated 10/1/03 |
| F-7 | Classification Review dated 8/28/17 |
| F-8 | Reclassification Instrument dated 8/29/17 |
| F-9 | Reclassification Instrument dated 4/5/17 |
| F-10 | Reclassification Instrument dated 10/5/16 |
| F-11 | Reclassification Instrument dated 3/18/16 |
| F-12 | Reclassification Instrument dated 1/20/16 |
| F-13 | Notice of Programming dated 5/24/17 |
| F-14 | Lifestiles Completion Certificate |
| F-15 | Explorations Completion Certificate |
| F-16 | Notice of Programming dated 8/17/17 |
| F-17 | Results of Program Hearing dated 9/11/17 |
| G | 1st Step Grievance #397055 with answer |
| H | 2nd Step Grievance #397073 with answer |

## EXHIBITS INDEX CON'T

| | |
|---|---|
| I | 3rd Step Grievance #397726 with answer |
| I-1 | Administrative Segregation (WCF) dated 7/27/17 |
| I-2 | Letter from Dovie Borges dated 8/1/17 |
| I-3 | Administrative Sefregation (HCF) dated 8/15/17 |
| I-4 | Cor 17.02 Personal Property Page 9 |
| I-5 | Cor 17.02 Personal property Page 10 |
| I-6 | WCF Store Order Receipt #36143 |
| I-7 | Page 2 WCF Store Order Receipt #36143 |
| I-8 | Notice of Excess Property dated 7/27/17 |
| I-9 | Property Receipt dated 7/27/17 |
| I-10 | Page 2 of Property Receipt dated 7/27/17 |
| I-11 | Letter from DAGS dated 11/28/17 |
| I-12 | Letter from Scott Jimbo dated 11/29/17 |