**396015**

(This Control No. Must Accompany All Appeals)

**STATE OF HAWAII – DEPARTMENT OF PUBLIC SAFETY**
**ADMINISTRATIVE REMEDY FORM**

G# 396025 ROB
4/6/17 RSA

Do Not Write in this Space
OFFICIAL USE ONLY
Date Received: 3/23
Date Logged: 3/23
Date Returned: ___
Response Due: 4/21

NAME: Quintin - John D'Agirbaud     SID: A0265488

HOUSING: HCF   1 A4 # 12
         Facility   Module/Unit/Block/Cell

CONTROL NO: Step 1 _____
            Step 2 _____

TO: (Step) 1. ✓ Section supervisor/Inmate Grievance Specialist
          2. ___ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
          3. ___ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion with: _____ on _____
Resolution could not be obtained because: _____
Subject cannot be resolved informally because: _____
Attachments included: (Lower Step 1; Step 2; Misconduct & Hearing (DOC-8210A); Misconduct Report (DOC-8210) _____

**STATEMENT OF COMPLAINT/GRIEVANCE:** On Friday, March 17, 2017, C/m Sarah Alanzo-Cabardo called me down to the crash gate in 1A and started yelling at me, "You better stop ratting on inmates!" loud enough that the entire block heard. (see attached request). On Saturday, March 18, 2017, I was physically assaulted by I/m Joe Pitts which was witnessed by an ACO. I/m Pitts was not written up nor sent to segregation. I/m Pitts is a closed custody, violent, lifer & USO gang member yet housed ~~favior~~ ~~toward him~~. Last year I wrote an unanswered letter to Dir. Nolan Espinda about closed custody inmates mixed with medium/minimum inmates. (see attached letter). Closed custody inmates are in bright red uniforms, yet they assault, instigate, and cause trouble to inmates who are doing well, and trying to progress. HCF is creating a toxic and dangerous environment by housing closed custody inmates w/ general population. With staff shouting out "stop ratting on inmates" instills fear in inmates that they do not report violence to staff for fear of being labeled a "rat", not only by inmates but staff as well. What is it going to take to have closed custody with only closed custody inmates? Does an inmate have to die before the administration takes action? Overcrowding is not an excuse to have closed custody inmates scattered amongst gen. pop. I speak up because I have been assaulted twice by violent closed custody inmates who were gang affiliated and lifers. I will not stand by and allow them to assault me while staff/administration sits and does nothing.

\* ⇒ THAT ALL CLOSED CUSTODY INMATES ARE SEGREGATED IN THEIR OWN HOUSING/BUNKS TO REEK HAVOC ON EACH OTHER. ALSO THAT I AM NOT RETALIATED AGAINST BY C/m SARAH ALANZO-CABARDO & THAT SHE RECLASSES ME AND PLACES MY TRANSFER PACKET ON APRIL 3, 2017 WHICH IS MY NEXT RECLASS, IN LINE WITH DPS POLICY & PROCEDURES.

**RESOLUTION SOUGHT:**

\* 2 - ATTACHMENTS
PLEASE RETURN.

INMATE SIGNATURE     3-22-17    DATE

**RESOLUTION:** (Do Not Write In This Space. OFFICIAL USE ONLY)

SEE ATTACHED..

SIGNATURE OF RESPONDENT    Residency Administrator    3/30/17
                            TITLE                       DATE
Dovie Borges

Appeals must be filed within five (5) calendar days upon receipt. Signed & dated ROAs must be returned. Step 3 responses are final..

INMATE ACKNOWLEDGED RESPONSE _____ DATE _____

WHITE/File    CANARY/Inmate Answer    PINK/Respondent    GOLD/Inmate Receipt    PSD 8215 (rev. 10/2015)

G# 396015
4/6/17

DAGIRBAUD, Quintin
A0265488
Step 1 Grievance Response
3/29/17
Tracking number: 396015

RESPONSE:

Mr. Dagirbaud,

Your assault allegation is being investigated by HCF security. The inmate in question was moved out of the quad and into another block. You are housed in general population along with minimum, medium, close and max custody inmates. We are here to keep everyone safe and secure.

Close custody inmates are allowed to mix with other general population inmates. Their only restriction is that they cannot be out of their housing unit after approximately 1800 hours without prior authorization from the Warden. Your perception of Close custody inmates is very presumptive.

If any issues arise, you have direct access to the ACO staff, sergeant, case manager, and unit manager in the module. Continue to use your resources and be safe in here while you stay misconduct free and do your workline duties diligently.

Your grievance is denied.

If you are dissatisfied with this decision, commencing with the date of receipt, you will have five (5) calendar days to file an appeal.


/s/ Morreira

4/3