396025

**STATE OF HAWAII – DEPARTMENT OF PUBLIC SAFETY**
**ADMINISTRATIVE REMEDY FORM**

EXHIBIT B

Do Not Write in this Space
OFFICIAL USE ONLY
Date Received: 4/7
Date Logged: 4/7
Date Returned: ___
Response Due: 5/9

R08  WARDEN

(This Control No. Must Accompany All Appeals)

NAME: Quintin D'Agirbaud    SID: A0265488
HOUSING: HCF  1 · A4 # 12
         Facility   Module/Unit/Block/Cell
CONTROL NO: Step 1  396015
            Step 2 _____

TO: (Step)  1. ___ Section supervisor/Inmate Grievance Specialist
            2. X   Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
            3. ___ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion with: _____ on _____
Resolution could not be obtained because: _____
Subject cannot be resolved informally because: _____
Attachments included: (Lower Step 1; Step 2; Misconduct & Hearing (DOC-8210A); Misconduct Report (DOC-8210)) _____

**STATEMENT OF COMPLAINT/GRIEVANCE:**

If closed custody inmates ONLY restriction is not being out of housing unit after 1800 hrs, then why do they only work in the kitchen. Why do they wear bright red (warning, stop, danger) uniforms? Why in the past were closed custody housed only in the high, then in 1B4? Apparently, custody level does not affect your housing. My perception of closed custody inmates is not presumptive, it is based on facts. Closed custody inmates have high points due to numerous and or very violent misconducts, or due to their lengthy sentences. These inmates have nothing to lose by assaulting & threatening inmates who are minimum custody trying to progress out of Halawa.

**RESOLUTION SOUGHT:** That closed custody inmates are housed collectively in their own quads to deter their violence upon other inmates.

INMATE SIGNATURE _____    DATE 4/6/17    # 4 Attachments - please return

**RESOLUTION: (Do Not Write In This Space. OFFICIAL USE ONLY)**

Thus far, your claims against others have yet to be verified. Your best bet is to take care of your own business and leave the custody, care and monitoring of inmates to the Correctional Staff. By policy, to sequester Closed custody inmates because it bothers you, is a violation of their civil rights.

Your grievance is denied.

If you are dissatisfied with this response, commencing on the date of receipt, you will have five (5) calendar days in which to file an appeal.

SIGNATURE OF RESPONDENT  Scott O. Harrington    TITLE  Acting HFW    DATE 4/17/17

Appeals must be filed within five (5) calendar days upon receipt. Signed & dated ROAs must be returned. Step 3 responses are final.

INMATE ACKNOWLEDGED RESPONSE _____    DATE 4/18

WHITE/File    CANARY/Inmate Answer    PINK/Respondent    GOLD/Inmate Receipt    PSD 8215 (rev. 10/2015)