394928

**STATE OF HAWAII – DEPARTMENT OF PUBLIC SAFETY**
**ADMINISTRATIVE REMEDY FORM**

(This Control No. Must Accompany All Appeals)

OFFICIAL USE ONLY
Date Received: 4/27
Date Logged: 4/27
Date Returned:
Response Due: 5/26

NAME: Quintin - John Dagirbaud   SID: A0265488

HOUSING: HCF   S# C-2
Facility / Module/Unit/Block/Cell

CONTROL NO:  Step 1  394015
                    Step 2  396025

TO: (Step)
1. ___ Section supervisor/Inmate Grievance Specialist
2. ___ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
3. (X) Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion with: _____ on _____
Resolution could not be obtained because: _____

Subject cannot be resolved informally because: _____
Attachments included: (Lower Step 1; Step 2; Misconduct & Hearing (DOC-8210A); Misconduct Report (DOC-8210) _____

**STATEMENT OF COMPLAINT/GRIEVANCE:**
On 2/21/16 I was assaulted by the order of a CLOSED CUSTODY, GANG MEMBER, LIFER (M. McBride). On 3/18/17 I was assaulted by another closed custody, gang member (J. Pitts). AND on 4/8/17 I was assaulted by yet another CLOSED CUSTODY, gang member (G. Awong). Awong was just released from segregation for assaulting another inmate in module 2 prior to assaulting me. What more is needed to "verify" my "claims"? I'm the only one willing to take a stand against being assaulted by these inmates. Designating an inmates' housing by their custody level is not "sequestering" them, nor in no way does it violate their "civil rights." If that were the case there would be no need for a custody level system in prisons. Furthermore, if "civil rights" violations are a concern what about max custody, RAD, and inmates in the High who are not privy to general population due to their custody level? Or do their "civil rights not matter"? Being called a faggot, a nigger and a rat are civil rights violations, which I am called by inmates and staff alike, yet when I report it I'm a "crybaby for being called names." It is apparent that HCF Administration condones their staff members yelling out to the module, "stop ratting on these inmates in here," placing my life in danger by inmates who assume I'm ratting on them. C/O Sarah Alonzo not only placed my life in danger, but is just as responsible for the violent assault on me

**RESOLUTION SOUGHT:** as the person who actually did the assault.

4/24/17                    * CONTINUED ON ADDENDUM

INMATE SIGNATURE / DATE

**RESOLUTION:** (Do Not Write In This Space. OFFICIAL USE ONLY)

The following is in response to your step III grievance appeal. Housing records indicate that you have been transferred to the Waiawa Correctional Facility on 5/19/17. Your issue is moot as you are no longer at the Halawa Correctional Facility. Do your best to move forward in the system for a successful release into the community. Your grievance is denied.

In accordance with P&P COR.12.03.10.6, this decision is final and the ultimate recourse available within the administrative remedy process.

SIGNATURE OF RESPONDENT SHARI KIMOTO   TITLE Acting Institutions Div Adm   DATE 5/25/17

Appeals must be filed within five (5) calendar days upon receipt. Signed & dated ROAs must be returned. Step 3 responses are final.

INMATE ACKNOWLEDGED RESPONSE _____   DATE _____   6/2

WHITE/File   CANARY/Inmate Answer   PINK/Respondent   GOLD/Inmate Receipt   PSD 8215 (rev. 10/2015)

# 394928 ADDENDUM    G# 394928
21 APRIL 17

C/m Sarah Alanzo also shared my confidential information with key gang leaders.

I am a minimum custody inmate. I have completed all my required programs 3x's over. Despite retaking a cognitive skills class to stay away from the module and out of trouble, this class should in no way impede my advancement to Waiawa.

My life and my freedom is important to me and my family, whether or not it is to PSD. Since this last assault, HCF Administration has kept me in segregation due to "written threats" C/m Sarah Alanzo claims she received.

** Resolution sought: I ask that I be transferred to Waiawa/Laumaka as soon as possible, before another staff member inadvertently/intentionally places another bullseye on my head to be assaulted again.

*signature*    April 21, 2017

\* 5- ATTACHMENTS +

EXHIBIT C-1

QUINTIN-JOHN D'AGIRBAUD, III
HCF - #A0265488 - 1A3
99-902 Moanalua Road
Aiea, HI 96701

#396016
3/22/17
G# 396025
4/6/17

EXHIBIT C-2

July 27, 2016

Mr. Nolan Espinda, Director
Department of Public Safety
919 Ala Moana Blvd. 4th Floor
Honolulu, HI 96814

Re: CLOSED CUSTODY INMATES

Dear Mr. Espinda:

I am writing to you regarding the housing of Closed Custody inmates with inmates who are Minimum and lower. Through Halawa there are a large amount of Closed Custody inmates wandering around in their RED uniforms. When an inmate is given a Closed Custody status it is not only because they have lengthy sentences, but because they have high level misconducts as well. I was a victim of a gross injustice where a Closed Custody gang member inmate ordered a "hit" on me and I was violently physically assaulted, when I reported the assault to staff I was subsequently charged with fighting. I was Minimum custody at the time and my transfer package was submitted to downtown. Now due to that incident I have to remain at Halawa for another year.

After this incident I was placed in Module 4B where there were no CLOSED Custody inmates, however, on July 24, 2016, UTM Nolan Uehara moved me to Module 1 with the very CLOSED Custody inmates and gang members that physically assaulted me no less than four months ago. I have brought this to the attention of the Unit Team however they have not done anything. I was told that I have to wait until something happens before I can be moved. The Unit Team is fully aware of the complications I had with these gang members, yet moved me in order to stir up trouble once again. I have been threatened repeatedly by "soldiers" of this gang to "check out or be killed". However, bringing this to staff's attention is useless.

CLOSED Custody inmates, Sexual Deviants, and Gang members as well as those with violent charges/history, should not be housed with inmates who are not these things. Of course they facility states they are overcrowded and they have to place inmates where they can, however this is not an excuse. Violent inmates and gang members should all be housed within their own designated module. DPS does not have a proper custody level segregation for Class C, non-violent inmates such as myself. It further does not penalize inmate who join gangs. Being in a gang should be a factor on one's custody reclassification instrument. This will help deter inmates from readily joining gangs if they know it will affect their point status.

Initially Closed Custody inmates were housed in their own quad, however due to the increase of these types of inmates the control of them has gotten lax to say the least. They have these inmates sprawled through the facility like any other inmate. Since that is the case what's with the bright RED uniforms they live

EXHIBIT C-3

G# 39602
4/6/17

Mr. Nolan Espinda
July 27, 2016
Page 2 of 2

not only amongst the rest of the general population but are housed in cells with MEDIUM/MINIMUM inmates. So there is no difference.

CLOSED Custody inmates have nothing to lose sort of speak. Their points are very high, and many are lifers. They start fights and cause trouble for inmates who are doing well and are trying to make it out of the system, like myself. I was subjected to a gross injustice and now the Unit Team has placed me with the very violent individuals that are seeking to harm me at their earliest opportunity.

I ask that you please look at organizing the system appropriately by custody level. Laziness on the part of staff is not an excuse. I further ask that I am placed away from these inmates who physically assaulted me. I've already placed a "separtee" however nothing has happened. I believe staff is waiting for another assault upon my person and then accuse me of "fighting" once again.

As always, thank you for your time and investigation in this important matter. I look forward to hearing from you soon.

Sincerely,

*[signature]*

Quintin-John D'Agirbaud, III

cc: Mr. Gary Kaplan

Case 1:18-cv-00021-JMS-WRP   Document 1-4   Filed 01/12/18   Page 4 of 16   PageID #: 26

EXHIBIT C-3

# HCF INMATE REQUEST FORM

EXHIBIT C-4

To: ~~Wm. Keone~~ ~~FDC/Mainland Branch~~ Hanses Komori  Date: 8.8.16
From: Quintin D'Agirband   SID: A0265488   Module: 1   Block: A   Quad: 3
Request: Due to HCF denying me workline opportunities, and I have completed all my required programs I ask that I be transferred to FDC until next April when I will become community custody. I do not wish to return to the mainland being that I was an inmate who asked too many questions. I have nothing to do at HCF to forward my progress out of this facility. If this cannot be done could you please let me know what my options are since workline that is readily available to all inmates, except me. Thank you for your time and looking into this option.

**For Staff Response Only**

Comments: No movements to FDC anymore. Mainland moves are approved by mainland branch. Hopefully a positive gives up for workline.

~~Approved~~/Disapproved   Staff Signature: Keone, Wm   Date: 8/3/16

I have seen the response to my request.   Inmate Signature: _____   Date: patient

Keep being misconduct free and

---

# HCF INMATE REQUEST FORM

To: Dovie Borges - RSA   A0265488   Date: 10.16.16
From: Quintin D'Agirband   SID: A0265488   Module: 1   Block: A   Quad: 4
Request: Can you please do an exemption case to lower my custody from medium to minimum for workline purposes only, so I can work the landscaping/maintenance worklines. Downtown approved my exemption from closed to minimum before. Thank you. QA

**For Staff Response Only**

Comments: (Med)  10/5/16 -
3/1/16  7(1) misc.  not eligible until at least April 2017 after

~~Approved/Disapproved~~   Staff Signature: Keone Wm   Date: 10/18/16

I have seen the response to my request.   Inmate Signature: _____   Date: _____

1 yr violence expires

**State of Hawaii**   EXHIBIT C-5   **Department of Public Safety**

# HALAWA CORRECTIONAL FACILITY

# RESPONSE TO INMATE

**Control #:** _____

Name of Inmate: __Dagirbaud, Quintin__

SID#: __A0265488__   HOUSING UNIT: __1A4__

Date letter initiated: __2/9/17__

Letter addressed to: __RSA Borges__

Date letter received: __2/10/17__

**DISPOSITION:**

Quintin:

In response to your letter to me dated February 9, 2017, these are some of the inconsistencies I found with your statements:

1) First, your reclassification numbers are inaccurate. You will still be Medium custody after your reclassification in April 2017. You have misconduct numbers in 3 categories that do not drop off for 18 months from the date of your adjustment hearing, 3/1/2016.
2) Those points do not drop off until September 1, 2017.
3) You cannot bypass WCF, you will have to go there. It is part of the department transition plan.
4) Sarah is your case manager. She knows when to process you for transfer and April is not it!

When you start to draw your own conclusions, you will have racked your brain for nothing. In the final analysis, we will set the time and place for your transfer. Move your dates forward by about six months; then you will be more accurate.

✱ See (CM Sarah) on April 21, 2017 to check on reclass update — if not, see me (UTM Kim) on May 26, 2017

c: UTM Morreira, CM Alanzo-Cabardo

Staff Member _Dovie Borges_   Title _RSA_   Date _2/14/17_

White - Inmate's Response   Canary - Institutional File   Pink - Respondent Copy

DOC 3151 (7/02)

RSA DB

Quintin: Some of your info is misleading or exaggerated. This info should be reported to Sgt. & he must follow up on it & submit report!

CONFIDENTIAL

# HCF INMATE REQUEST FORM

To: UTM KEONE ~via~ RSA DOVIE                                    Date: 2/28/17

From: QUINTIN D'AGIRBAUD          SID: A0265488    Module: 1   Block: A   Quad: 4

Request: THE OTHER WEEK I ASKED SARAH ABOUT MY SEPARTEES. I SPOKE W/ HER AFTER RECEIVING THE ATTACHED REQUEST. SHE TOLD ME SHE DID NOT HAVE ACCESS TO MY SEPARTEES, THAT I HAD TO GO THROUGH DOVIE. YET, TODAY SHE SHOWS A PICTURE OF ME TO INMATE "LEVU" WHO /A2 IS AN USO AND TOLD HIM I HAD A SEPARTEE ON HIM. WHY DID SHE DO THAT? I FEEL THAT STAFF IS STIRRING UP TROUBLE FOR ME. THAT SEPARTEE WAS PLACED ON HIM BY MAINLAND BRANCH BECAUSE USO GANG MEMBERS STOLE ALL MY PROPERTY AND BEAT ME UP. IF SHE HAS NO ACCESS TO TELL ME WHO IS ON MY SEPARTEE LIST, THEN WHY IS SHE PRINTING PICTURES OF ME SHOWING THEM TO USO GANG MEMBER

**For Staff Response Only**

Comments: WHO ELSE IS SHE SHOWING MY PICTURE TO? I DO NOT APPRECIATE c/m SARAH JEOPARDIZING MY SAFETY.   separatee recently approved on Briton Aquino. Aquino moved to (1B) after approval 2-1-17 informed OK

See back page →

Approved/Disapproved  Noted   Staff Signature: DOVIE BORGES   Date: 3/8/17

The UTM (Keone Moreira) has been consulted regarding this matter & has the authority to speak with inmate regarding separatee issues

I have seen the response to my request.    Inmate Signature: ____    Date: ____

between you and him. As a matter of fact, there is no "Levu" on your list.


EXIBIT C-6

Sarah is not required to give you this list! I listed these
YOUR SEPARATEE LIST INCLUDES: because most of these
NAME:                         ISSUED      are not a threat except
STEVEN WILLIS         7/15/2016    for current ISSUED
MALAKI McBRIDE        12/8/2016   ALBERT WILLIAMS  3/19/2008
2A  BRIAN AQUINO (NOT USD) 2/28/2017   UHALA ALTASI     3/19/2008
    IAKOBI MATAKI         10/12/2015   POTAUFA UNT      3/19/2008
    WILLIAM KAHAO         12/18/2014   Warren Elicker   3/19/2008
    CLAYTON YIP           8/9/2014     Tony Souza       3/19/2008
RELEASED - STANLEY CAMARRA  3/19/2008   Glendon Young    3/19/2008
AZBC  Henry Aki            3/19/2008
2B   Samuel Imaizumi       3/19/2008
10 WAITING ROBERT FAURION  3/19/2008   You may need
PAROLED  ZEPH SALI S(USD) 3/19/2008    to take some
DECEASED - PALE BENJAMIN    3/19/2008    of these off
AZBC  RICHARD TAYLOR (LF) 3/19/2008    your list. Utilize
AZBC  MICHAEL HUGHES      3/19/2008    your UTM! And CM
RELEASED WESLEY KUHIA     3/19/2008    properly.
                                        (signature)

EXHIBIT C-7

EXHIBIT C-8    8 pts is MINIMUM custody
                qualified not

# HCF INMATE REQUEST FORM

To: UTM KEONE MORREIRA ~ You earn Community  Community
                              at WCF or KCF    Date: 2/16/17
From: Quintin D'AGIRBAUD    SID: A0265488    Module: 1  Block: A  Quad: 4
                                              Before transfer to OCCC

Request: In my attempt to be proactive and be on top of my next reclassification Doyle Borges wrote me a degrading response stating that I "draw my own conclusions." "Q#7 - Frequency of misconducts - NONE IN THE LAST 13 MONTHS OF INCARCERATION." (-3 pts) which will bring me down to (+8 pts) in April 2017, NOT Sept. 2017 as Ms Borges stated. My freedom is important to me, yet Administration is now making their own conclusions instead of following the custody evaluation matrix. I believe I was very cordial with the concerns I addressed to her. Please correct me if I am wrong that when I am reclassed April 2017

**For Staff Response Only**
Comments: that I will receive -3 pts for Q#7; -2 pts for Q#10; & -1 pt for Q#11, with all other Q's I will be at 8pts - Community Custody. - Thank you for your appropriate response; I spoke w/ Sarah & she agrees w/ Ms. Borges. Pls return attached

Approved/Disapproved  Staff Signature: 5/2/18 (W) Keono U...  Date: 2/14/17

I have seen the response
to my request.  Inmate Signature:  Q#11 Did you complete all programs and have
                                   been working more
last misconduct 3/1/16 - expires from Q#7 (May 2017) Q#10 (-2) than 6 month
                                                              a Howrkey??

CONFIDENTIAL     G#396025    G#396015
                             4/6/17    3/22/17

# HCF INMATE REQUEST FORM

To: UTM KEONE ~VIA~ R.S.A. BORGES       Date: 3-17-17
From: Quintin D'AGIRBAUD    SID: A0265488  Module: 1  Block: A  Quad: 4

Request: TODAY @ APPROX. 1310 HRS. C/M SARAH CALLED ME DOWN TO THE GATE W/ SGT. COSTA PRESENT. SHE STARTED SHOUTING "YOU BETTER STOP RATTING ON INMATES" "I'M THE ONE DOING YOUR TRANSFER PACKET, DO YOU WANT IT TO TAKE LONGER?" IS SHE ATTEMPTING TO PLACE MY LIFE IN DANGER? I/M JOEL PITTS (ANOTHER I/M) HAS BEEN HARASSING ME & I BROUGHT IT UP TO SECURITY LIKE YOU TOLD ME TO. ORGANIZED GANG VIOLENCE IS AN ACTUAL CRIME. IF HALAWA STAFF (C/M SARAH) IS CONDONING OR EVEN ENCOURAGING THIS BEHAVIOR. I DOCUMENT EVERY OCCURANCE OF THREAT UPON MY PERSON BY GANGS BECAUSE THAT IS MY ONLY **For Staff Response Only** RECOURSE. C/M SARAH NOT ONLY WAS UNPROFESSIONAL BUT HER SHOUTING FOR THE ENTIRE BLOCK TO HEAR WAS INAPPROPRIATE. SHE COULD HAVE

Comments: CALLED ME INTO HER OFFICE, AND ASKED WHAT WAS GOING ON. I/M JOEL PITTS IS A CLOSED CUSTODY, GANG (USO) AFFILIATED, LIFER WHO SHOULD NOT BE HOUSED IN A QUAD W/ INMATES W/ MINIMUM SECURITY. NEXT MONTH I WILL BE MINIMUM CUSTODY, REPORTING THREATS OF VIOLENCE BY GANG MEMBERS SHOULD NOT JEOPARDIZE MY CUSTODY AND SUBSEQUENT TRANSFER.

Approved/Disapproved  Staff Signature: _____  Date: _____

I have seen the response
to my request.  Inmate Signature: _____  Date: _____

EXHIBIT C-9

TO: UTM Keone Morreira
~~RE: C/M Sarah Alanzo-Cabardo~~
FROM: Quintin-John D'Agirbaud III   (1A4)
DATE: April 4, 2017

Yesterday I asked C/M Wayne if he picked up my request and paperwork regarding my reclassification. He told me that he had given it to Sarah. I submitted that paperwork on 3/29/17. Today on my way to lunch I asked her if she received my paperwork. Immediately she got on the defensive, and again in a loud tone, that she did not receive anything, and was blaming C/M Wayne. When I told her that C/M Wayne said he gave it to her, she again said no she did not get it, I have to wait.

I watch C/M Sarah going out of her way to help inmates who were just at minimum facilities and are back on misconducts. Why is their reclasses & transfer packets getting done so quickly? C/M Sarah has some sort of personal venetta because as she put it I "rat" on her inmates. I've never talked to C/M Sarah about threats & assaults I've received from other inmates. She clearly absorbs what other inmates tell her about me.

I am not telling you nor your staff how to do my reclass. April 3, 2017 my 6-month reclass is due. My last reclass was done by you personally. On Q.#7 (frequency of misconducts) my last misconduct was 3/1/16 - 2/28/17 (12 months) all of March 2017 (13th month) April 2017 is the start of my 14th month misconduct free, thus I will receive (-3) points for no misconducts in last 13 months. And on

Q. # 11 STATES PROGRAM OR WORK PARTICIPATION. I'VE COMPLETED ALL MY PROGRAMS THAT IS WHY ON MY LAST 3 RECLASSES (SEE ATTACHED) I RECEIVED (-1) PT. THAT WILL STILL APPLY TO MY APRIL 2017 RECLASS.

WITH ALL THAT BEING SAID I WILL HAVE (+8) POINTS, MAKING ME MINIMUM CUSTODY & ELIGIBLE TO TRANSFER TO WAIAWA. I HAVE ATTACHED ALL NECESSARY PAPERWORK. SINCE C/M SARAH IS MAKING MY RECLASS PERSONAL I ASK THAT YOU PLEASE RECLASS ME & PLACE MY TRANSFER PACKET IN TO WAIAWA.

THANK YOU

[signature]

EXHIBIT C-10

4/4/17

✱ Keep <u>all</u> for your Records

✱ stay misconduct
free and continue
to do your job well.

I will let
Francis - 13
~~SARAH~~, CM Know
of your needs and
possible transfer if
qualified —
He will do it for you if all good —

EXHIBIT C-11

# HCF INMATE REQUEST FORM

To: C/m FRANCIS - 1B   Date: 4/7/17
From: Quintin D'AGIRBAUD   SID: A0265488   Module: 1   Block: A   Quad: 4

Request: I AM FOLLOWING UP w/ UTM KEONE WHO SAID YOU WOULD BE DOING MY RECLASS THIS MONTH. I SHOULD HAVE 8 PTS. AND QUALIFY TO TRANSFER TO WAIAWA Q. #7 (FREQUENCY OF MISCONDUCTS) MY LAST MISCONDUCT 3/1/16 - 2/28/17 (12 months) ALL OF MARCH'20 (13th month) (-3) pts Ø misconducts in last 13 months I have completed all my programs. *See attached.* Please come see me if you have any questions. Thank you for taking time out of your already big case load to do my reclass & transfer packet. my reclass date 4/3/17 has passed already.

**For Staff Response Only**

Comments: Please return attached when complete. 4/10/17
— Dear Mr. D'AGIRBAUD: your reclass has been completed by UTM Keane Morain on 4/5/17. Also, your Transfer Packet to WCF has been completed on 4/2/17.

Approved/Disapproved   Staff Signature: _____   Date: 4/10/17

I have seen the response to my request.   Inmate Signature: _____   Date: _____

---

CC: Dovie Borges, RSA

# HCF INMATE REQUEST FORM

To: UNIT MANAGER ~ MONICA   Date: 4/11/17
From: Quintin D'AGIRBAUD   SID: A0265488   Module: SH   Block: ▲   Quad: ●

Request: I Please would like to be sent to Waiawa. my transfer packet was submitted. I do not wish to be in P/C. I never requested it. UTM Keane is aware of my issues with gang members trying to make me do their bidding, which I refused. Further I wish to call HPD for being assaulted by an Inmate on 4/8/17. Does me being in here jeopardize me transferring?

**For Staff Response Only**

Comments: 4-11-17 SHERIFFS DEPUTIES KEKAULIKE & FAKALOGO SPOKE TO Q DAGIRBAUD AND INITIATED AN ASSAULT CASE. — According to our records, you started the Transformation classes 3/14/17. You will need to complete this program prior to transfer. Your transfer packet will be sent after you give notification of class completion.

Approved/Disapproved   Staff Signature: Dovie Borges   Date: 4/17/17

I have seen the response to my request.   Inmate Signature: _____   Date: _____

EXHIBIT C-13

**DAVID Y. IGE**
GOVERNOR

F6



STATE OF HAWAII
**DEPARTMENT OF PUBLIC SAFETY**
919 Ala Moana Boulevard, 4th Floor
Honolulu, Hawaii 96814

**NOLAN P. ESPINDA**
Director

**Cathy Ross**
Deputy Director
Administration

**Jodie Maesaka-Hirata**
Deputy Director
Corrections

**Shawn H. Tsuha**
Deputy Director
Law Enforcement

No. _____

April 7, 2017

Mr. Quintin Dagirbaud (A0265488)
c/o Halawa Correctional Facility
99-902 Moanalua Hwy.
Aiea, HI 96701

Dear Mr. Dagirbaud:

This is in response to your letter dated March 24, 2017, regarding your request to be transferred to the Waiawa Correctional Facility, then to the OCCC's furlough program.

In reviewing your record, Unit Manager Keone Morreira recently reclassified you to <u>minimum</u> custody on 4/5/17. This decrease in custody is based on the expiration of 12-months from your last violent episode; misconduct for fighting 7(1) on 3/1/16.

In speaking with the Inmate Classification Office (ICO) regarding your transfer packet, Education records confirm that as of 3/14/17, you are currently participating in the Transformations Cognitive Skills program at HCF. On 3/16/17, the Education Division sent ICO a list of all inmates enrolled in this program and has asked that a HOLD be placed on transfers until mid-June to allow inmates to successfully complete this recommended program. Since you are already in the program and doing well, they want you to finish the program so you do not have to start over and retake the program.

Your Case Manager, Sarah Alanzo, confirmed with ICO today, that she will prepare a transfer packet for WCF as soon as you complete this program.

Regarding your previous letter to Director Espinda dated July 27, 2016, regarding Close custody inmates, there is no record of his office receiving this letter. Further, you were designated as close custody after being involved in an assault with another inmate who alleged that you tried to grab his private parts in Module 2 on 2/21/16. This incident was reported under PREA and filed under HPD report #16-075253 (Sex Assault 4). Records confirm that the sex assault misconduct was dropped and you were found guilty of 7(1) after a review of the staff reports and photos. You were reclassified to medium custody on 3/18/16. Now you have a chance to move forward in the system; I wish you well.

Sincerely,

Shari Kimoto
Acting Institutions Division Administrator

c:   Warden S. Harrington/HCF, Inmate Classification Office

"An Equal Opportunity Employer/Agency"

(PATIENT COPY)



# THE QUEEN'S MEDICAL CENTER

The Queen's Medical Center ED
1301 Punchbowl Street
HONOLULU HI 96813
Phone: 808-691-4311
Fax: 808-691-7871

## Quintin Dagirbaud

### Emergency Department Discharge Instructions

<u>Visit Date</u>: **4/8/17**
<u>Account Number</u>: **106145250**

Thank you for entrusting us with you or your family's care today at the **Emergency Department.** Our goal is to provide the best emergency care possible. It is very important to continue treatment at home and to see a follow-up physician. Besides the contact information listed below, included is some helpful information. **Please bring this paper when you or your family sees the doctor.**

### Your Care Team:
Kim, Reeo Y, MD

### Clinical Impression
Your diagnoses were ASSAULT BY MULTIPLE PERSONS UNKNOWN TO VICTIM, RIGHT ORBITAL FRACTURE, CLOSED, INITIAL ENCOUNTER, and CLOSED DISPLACED FRACTURE OF DISTAL PHALANX OF LEFT INDEX FINGER, INITIAL ENCOUNTER.

### Follow-up Information
**Follow up with Michino, James M., DMD. Call in 2 days.**
Specialty: Oral and Maxillofacial Surgery
Contact information
1580 MAKALOA ST STE 725
Honolulu HI 96814-3216
808-973-3747

**Follow up with Facility, Halawa Correctional. Call i**
Contact information
99-902 MOANALUA RD  MEDICAL UNIT
Aiea HI 96701-3252
808-485-5200

**Follow up with The Queen's Medical Center ED.**
Specialty: Emergency
Why: As needed, If symptoms worsen.
Contact information



**Mark F. Wiese**
Special Agent

STATE OF HAWAII
DEPARTMENT OF THE ATTORNEY GENERAL
INVESTIGATIONS DIVISION
465 South King Street, Suite B-2
Honolulu, Hawaii 96813



Tel: (808) 587-4374
Cell: (808) 520-5418
Fax: (808) 586-1371
Mark.F.Wiese@hawaii.gov



DEPARTMENT OF PUBLIC SAFETY

SHERIFF'S
CAPITOL PATROL
SECTION

DEPUTY/BADGE# K. KEKAULIKE / #1187

Dagirbaud, Quintin (MR # 1322417) Printed at 4/9/17 1:04 /

415 South Beretania Street
Honolulu, Hawaii 96813

DISPATCH: 808 586-1352
FAX 808 587-2642

# HCF INMATE REQUEST FORM

To: GARY KAPLAN  Date: 5/9/17
From: QUINTIN D'AGIRBAUD  SID: A0265488  Module: SH  Block: H  Quad: 3
Request: MY TRANSFER PACKET WAS SUBMITTED DOWNTOWN 2 WEEKS AGO. I AM IN SPECIAL HOLDING UNDER ADMIN. SEG. PER HCF WARDEN, UNTIL TRANSFER TO WAIAWA. I HAVE NO MEDICAL HOLDS, ALL MY PROGRAMS ARE COMPLETE. I AM SITTING HERE IN SEG & IT FEELS AS IF I'M BEING PUNISHED. CAN YOU PLEASE FOLLOW-UP W/ MY STATUS AND TRANSFER ME TO WAIAWA AS SOON AS POSSIBLE? I JUST WANT TO MOVE FORWARD AND START MY LIFE AGAIN. THANK YOU FOR YOUR TIME & UNDERSTANDING.

**For Staff Response Only**

Comments: MR. KAPLAN AND I ARE WORKING ON GETTING YOU OUT OF HERE. PLEASE JUST BE PATIENT A LITTLE BIT LONGER.

Approved/Disapproved  Staff Signature: _____  Date: 5/10/17

I have seen the response
to my request.  Inmate Signature: _____  Date: _____

# HCF INMATE REQUEST FORM

To: ITM MEGAN OWENS & GARY KAPLAN  Date: 5/12/17
From: QUINTIN D'AGIRBAUD  SID: A0265488  Module: SH  Block: D  Quad: 1
Request: I UNDERSTAND THAT DELAYS ARE INEVITABLE. WOULD I BE ABLE TO GO DIRECTLY TO LAUMAKA DUE TO MY CIRCUMSTANCES? IF THE PEOPLE WHO ARE AFTER ME COME TO WAIAWA WITH OR RIGHT BEHIND ME, TROUBLE MAY STILL BE THERE. BUT WITH ME AT LAUMAKA I WILL BE WAY AHEAD OF THEM. SORRY FOR THROWING MORE WRENCHES IN THE WHEEL, JUST A THOUGHT. I KNOW IT CAN BE DONE AS EXCEPTIONAL CASE TRANSFER. I AM JOB-READY, PLUS I WILL PARTICIPATE IN THE BRIDGE. PLEASE LET ME KNOW IF THIS CAN BE DONE. THANK AGAIN FOR ALL YOUR HELP.

**For Staff Response Only**

Comments: AT THIS TIME, YOU HAVE BEEN APPROVED BY PSD-ICO FOR WAIAWA ONLY. TO SEND YOU STRAIGHT WOULD NOT ONLY TAKE ALL PARTIES HERE TO AGREE (ISW BORGES, WARDEN HARRINGTON, MR. KAPLAN) BUT FOR PSD TO AGREE AS WELL. IN THE MEANTIME, I WILL KNOW AROUND WEDNESDAY IF WE CAN GET YOU ON THE TRAINS FOR THIS WEEK.

Approved/Disapproved  Staff Signature: _____  Date: _____

I have seen the response
to my request.  Inmate Signature: _____  Date: 5/15/17