397072

EXHIBIT D

**STATE OF HAWAII – DEPARTMENT OF PUBLIC SAFETY**
**ADMINISTRATIVE REMEDY FORM**

Do Not Write in this Space
OFFICIAL USE ONLY
Date Received: 8/29
Date Logged: 8/29
Date Returned:
Response Due: 9/26

IGS COPY
NO RESPONSE

(This Control No. Must Accompany All Appeals)

NAME: Quintin-John D'Agirbaud   SID: A0265488

HOUSING: HCF  SH  A-5   CONTROL NO: Step 1 _____
         Facility  Module/Unit/Block/Cell         Step 2 _____

TO: (Step) 1. ___ Section supervisor/Inmate Grievance Specialist
           2. _X_ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
           3. ___ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion with: _____ on _____
Resolution could not be obtained because: _____

Subject cannot be resolved informally because: _____
Attachments included: (Lower Step 1; Step 2; Misconduct & Hearing (DOC-8210A); Misconduct Report (DOC-8210)
I'm not looking for dismiss on technicality, I DID NOT DO THIS!

STATEMENT OF COMPLAINT/GRIEVANCE: I ask that charge #1 7(q) also be dismissed for the following reasons: #1. I was denied my right to examine any written material concerning the charge. I was told that a "kite" was given to staff pointing them to my locker. This was not a random check, inmate set me up by placing substance in my locker & then writing erroneous note. I also wish to view toxicology report stating exactly what this substance was, and I would like to read the reports. #2. I've never touched any type of illegal drug in my life! In or out of prison. #3. Upon arrival to WCF I wrote to Administrator Teresa Miike, expressing my concerns of being set-up, assaulted or abused by other inmates. #4. When I'm Dean Kakobun came to WCF I immediately told my case manager Cristy Y. Throughout my time there I was to put up with this inmate in a bed right next to me! I suffered verbal jeers daily, name calling such as nigger, fag, & rat. Although I did not turn it in at the time because I didn't want to cause a big issue, I wrote a letter to C/O Evans explaining what inmates were doing to me and my fears of being set up. #5. It is beyond obvious that I was set up by someone! Although I lock my locker before I leave for work, I leave it unlocked through the midnight hours, this is so I can grab my hygiene @ 5am when I awake. A locked locker cannot be open to see combination in the dark. Although I erred by not keeping my locker locked, what was put there & "found" was a setup

RESOLUTION SOUGHT: in order to get me out of WCF. Which they were successful, what more could I have done?
* Please dismiss 7(q) or lower the charge. I was greatly wronged and I believe the investigating staff knows it.

INMATE SIGNATURE _____   DATE  8.25.17

RESOLUTION: (Do Not Write In This Space. OFFICIAL USE ONLY)

SIGNATURE OF RESPONDENT _____   TITLE _____   DATE _____

Appeals must be filed within five (5) calendar days upon receipt.  Signed & dated ROAs must be returned. Step 3 responses are final.

INMATE ACKNOWLEDGED RESPONSE _____   DATE _____

WHITE/File   CANARY/Inmate Answer   PINK/Respondent   GOLD/Inmate Receipt   PSD 8215 (rev. 10/2015)