397727

**STATE OF HAWAII – DEPARTMENT OF PUBLIC SAFETY**
**ADMINISTRATIVE REMEDY FORM**

EXHIBIT F

Do Not Write in this Space
OFFICIAL USE ONLY
Date Received: 9/27
Date Logged: 9/28
Date Returned:
Response Due: 10/25

(This Control No. Must Accompany All Appeals)

NAME: Quintin - John D'Agirbaud III  SID: A0265488

HOUSING: HCF  483 # 14
Facility / Module/Unit/Block/Cell

CONTROL NO: Step 1 _____
Step 2  397074

TO: (Step) 1. ____ Section supervisor/Inmate Grievance Specialist
2. ____ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
3. _X_ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion with: _____ on _____
Resolution could not be obtained because: 2ND STEP NO ANSWER

Subject cannot be resolved informally because: _____
Attachments included: (Lower Step 1; Step 2; Misconduct & Hearing (DOC-8210A); Misconduct Report (DOC-8210) _____

**STATEMENT OF COMPLAINT/GRIEVANCE:** As I stated in my Step 2, I was given +2 points on Reclassification instrument question #11. It states, "Refused or Terminated from job or program." I never refused my job @ C.I. Farm. I never was terminated from my job on the C.I. Farm. I never refused my programming and I never was terminated from programming. As stated on results from my program committee hearing (attached), I completed my Lifestyles/Cognitive Skills class on July 28, 2017. It was not stated I refused/terminated from job, I was an awesome worker according to Supervisor Milton. In order to give me +2 points the committee needed to clearly state in what fashion I refused or was terminated from job. I am still in progress of appealing a "drug misconduct." WCF gave me +2 points to be sure that I went over 8 points which would have left me at community custody. Another aspect to support my argument, WCF gives -3 pts. to inmates for question #6 Escape History, and those inmates received actual unclean urinalysis and was returned to HCF. She gave the -3 because during his time there he did not try to escape. The same should stand for me, during my time @ WCF I was

**RESOLUTION SOUGHT:** compliant/complete w/ work or programs. Please adjust my classification correctly so that I am at 6, 7, or 8 points, and move me to LWCF ASAP. Thank you.

INMATE SIGNATURE: Quintin D'Agirbaud III    DATE: 9·27·17

5 attachments, please return.

**RESOLUTION:** (Do Not Write In This Space. OFFICIAL USE ONLY)

The following is in response to your step III grievance appeal. In reviewing your classification instrument: 1) Escape History – Inmates that have been at minimum/community custody facility for 6+ months are scored with -3; in your case, you were at WCF less than 6 months (5/19/17 – 7/28/17) and your score of 0 is correct. 2) You were given 2 points due to being terminated from the Farm workline after being placed in Segregation for the misconduct. 3) In reviewing your point total, you have 9 points with or without the 2 points from being terminated from the workline. You are Medium custody. Your grievance is denied.

In accordance with P&P COR.12.03.10.6, this decision is final and the ultimate recourse available within the administrative remedy process.

SIGNATURE OF RESPONDENT  SHARI KIMOTO    TITLE  Acting Institutions Div Adm    DATE 11/2/17

Appeals must be filed within five (5) calendar days upon receipt. Signed & dated ROAs must be returned. Step 3 responses are final.

INMATE ACKNOWLEDGED RESPONSE _____ DATE 11/8

WHITE/File    CANARY/Inmate Answer    PINK/Respondent    GOLD/Inmate Receipt    PSD 8215 (rev. 10/2015)

SECTION II: Custody Evaluation

| Risk Factor | | | Points | Score |
|---|---|---|---|---|
| 1. | Severity Of Institutional Violence | | | |
| | None | | 0 | |
| | High Category Misconduct (Within 18 months) | | 3 | |
| | Greatest Category Misconduct (Within 24 months) | | 7 | |
| | Extremely Violent Misconduct (Within 60 months) | | 15 | |
| 2. | Did the Institutional Violence Occur within the Last 18 months? | | | |
| | No, or not Within 18 months | | 0 | |
| | Yes | | 3 | |
| 3. | Severity Of Current Offense | | | |
| | Low or Low Moderate | | 1 | |
| | Moderate | | 2 | |
| | High | | 3 | |
| | Greastest, Life with or without Parole | | 4 | |
| 4. | Prior Conviction For Violent Crime(s) in the last 10 years | | | |
| | None, Violation, Petty Misdemeanor, or Misdemeanor | | 0 | |
| | Low or Low Moderate | | 1 | |
| | Moderate | | 2 | |
| | High | | 3 | |
| | Greastest, Life with or without Parole | | 4 | |
| 5. | Time left to Serve on Minimum Sentence | | | |
| | 20 years or less | | 0 | |
| | 20.1 or More | | 15 | |
| | Close Custody (total factors 1 through 5.) If the Score is 10-14 points, assign to Medium Custody; if the score is 15 + points, assign to Close Custody. | | | |
| 6. | Escape History    Most Recent Escape Date:_____    Escape From:_____ | | | |
| | 6+ months in Minimum/Community Custody, no escape or attempted escape | | -3 | |
| | No escapes or attempts, no prior incarcerations | | 0 | |
| | An ecsape or attempt from a minimum/community security, without violence: Over 7 years | | 1 | |
| | An ecsape or attempt from a minimum/community security, without violence: Within 7 years | | 4 | |
| | An escape or attempt from medium or above security or an escape from minimum or community security with violence: over 10 years | | 5 | |
| | An escape or attempt from medium or above security or an escape from minimum or community security with violence: Within 10 years | | 7 | |
| 7. | Frequency of Misconduct Reports | | | |
| | None in the last 13 months of Incarceration | | -3 | |
| | None in the last 6 months of Incarceration | | 0 | |
| | One in the last 6 months | | 1 | |
| | two or more in the last 12 months | | 4 | |
| 8. | Severity of Institutional Misconduct | | | |
| | None, Minor or Low Moderate | | 0 | |
| | Moderate severity within 18 months or Drug/Alcohol between 18 and 60 months | | 3 | |
| | High Severity within 18 months or Drug/Alcohol less than 18 months | | 5 | |
| | Greatest or Extreme Severity with in 18 months | | 7 | |
| 9. | Current Age | Females | Males | | |
| | | 45.0 + | 50.0 + | 0 | |
| | | 35.0 - 44.99 | 40.0 - 49.99 | 1 | |
| | | 25.0 - 34.99 | 27.0 - 39.99 | 2 | |
| | | < = 24.99 | < = 26.99 | 3 | |

| 10. | Release Eligibility (Time to parole eligibility or max expiration date, which ever is sooner.) | | |
|---|---|---|---|
| | 24.0 months or less | -2 | |
| | 24.01 months or greater | 0 | |

| 11. | **Program/Work Participation (Last 6 Months)** | | |
|---|---|---|---|
| | Compliant/Complete with work or programs | -1 | |
| | Waiting list for Work or Program Plan | 0 | |
| | Non-compliant with Work or program Plan | 1 | |
| | Refused or Terminated from job or program | 2 | |

| | **COMPREHENSIVE POINT TOTAL SCORE** (Total factors 1 through 11.) | |
|---|---|---|

| Custody Level | Male Custody Scale | Female Custody Scale | Computed Custody Level |
|---|---|---|---|
| Minimum | -8 to 8 | -8 to 8 | |
| Medium | 9 to 19 | 9 to 19 | |
| Close | 20+ | 20+ | |

SECTION III: Non-Discretionary Exclusions From Minimum and Community Custody

**Non-Discretionary Exclusions from Minimum Custody.** If any factor is "Yes" then adjusted custody level is Medium.

1. Less than ony year from last violent episode                     ○ Yes     ○ No
2. Additional pending felony charges, felony hold or detainer       ○ Yes     ○ No
3. Hawaii PSD escape/attempted escape within last 7 years           ○ Yes     ○ No
4. 49 months or more to release date?                               ○ Yes     ○ No

**Eligibility For Community.** If both factors are "Yes" then adjusted custody level is community.

1. Within 24 months of parole eligibility or discharge              ○ Yes     ○ No
2. Completion of program required before Community custody/placeme  ○ Yes     ○ No

EXHIBIT F-3
9/27/17

# HCF INMATE REQUEST FORM

**To:** C/M Megan Q.  
**Date:** Sept. 7, 2017  
**From:** Quintin D'Agirbaud  **SID:** A0265488  **Module:** 4  **Block:** 3  **Quad:** 1

**Request:** Could you please review my reclass done by WCF? I was given +2 pts. for question #11. I never refused/terminated from work or programs. I actually finished my required programming (see attached) I should have received -1 pt for completion of programs. By giving me +2 pts, put me @ 9 pts, one point over the threshold. Can you find out why this was done to me? For the last 2 yrs. I've received -1 pts for #11 because I had all my programs complete. Please return the attached when you are done. Thank You. :)

**For Staff Response Only**

**Comments:** It was not indicated on your reclass why Christy gave you +2 for #11. She did note that you completed Lifestyles though. She may have chosen to base it on you receiving the misconduct and being transferred back to Halawa.

**Approved/Disapproved** ___ **Staff Signature:** ___ **Date:** ___

I have seen the response to my request.   **Inmate Signature:** ___  **Date:** 9/8/17

---

# HCF INMATE REQUEST FORM

**To:** C/M Megan  
**Date:** 9-11-17  
**From:** Quintin D'Agirbaud  **SID:** A0265488  **Module:** 4  **Block:** 3  **Quad:** 1

**Request:** Yes, if you can please let me review my last misconduct (reports, pictures, statements, etc. Also, I'm looking for my correspondence to RSA Borges on Feb. 5, 2017, and her response on Feb. 14, 2017.), With that I would like 10-20 minutes of your time to discuss what I reviewed to see how you can help me..... AGAIN!!  Thank You. :)

> my letter to IDA dated march 24, 2017; & IDA response April 7, 2017.

**For Staff Response Only**

**Comments:** ① Your file is not currently @ the facility so I can't get you copies of your correspondence with RSA Borges.
② In regards to your write-up, Theresa @ Waiawa found a copy of it so she is sending it to me today via interoffice courier. Hopefully I get it by Friday.

**Approved/Disapproved** ___ **Staff Signature:** ___ **Date:** 9/20/17

I have seen the response to my request.  **Inmate Signature:** ___  **Date:** ___

EXHIBIT F4

# HCF INMATE REQUEST FORM

From:
TO: GRIEVANCE OFFICER    Date: 10/30/17
From: QUINTIN DAGUIRBAUD   SID: A0265488   Module: 4   Block: B   Quad: 3

Request: STEP 3 FOR #'s 397726, 397727, & 397075 were due for an answer on 10/25/17. WCF refused to answer step 2 which was due on 9/26/17. ① Is the grievance process answered only if it favors the State? ② Is PSD not obligated to answer all grievances? ③ Am I not to be notified if an extension is needed? By submitting all my grievances w/attachments, and the State refuses to answer, I have no viable paper trail for a lawsuit. My grievances are quite clear with very little room for misinterpretation. ④ Is it a general practice if the inmate is right that the grievance will not be answered? ⑤ Please clarify, in writing, why the above 3 grievances are being ignored? Thank you for your time and investigation in this matter.

**For Staff Response Only**

Comments: [see above]

Approved/Disapproved    Staff Signature: _____    Date: 11/1/17

I have seen the response to my request.    Inmate Signature: _____   Date: _____

---

QUESTION ONE:
  IS THE GRIEVANCE PROCESS ANSWERED ONLY IF IT FAVORS THE STATE? NO

QUESTION TWO:
  IS PSD, NOT, OBLIGATED TO ANSWER ALL GRIEVANCES? NO

QUESTION THREE:
  AM I, NOT, TO BE NOTIFIED IF AN EXTENSION IS NEEDED? YES

QUESTION FOUR:
  IS IT GENERAL PRACTICE THAT IF THE INMATE IS RIGHT THAT THE GRIEVANCE WILL NOT BE ANSWERED? NO

QUESTION FIVE:
  PLEASE CLARIFY IN WRITING WHY THE ABOVE THREE GRIEVANCES ARE BEING IGNORED?
  THIS IS NOT A QUESTION IT IS A REQUEST.

ALL 3 GRIEVANCES ARE PAST DUE. REMINDERS WILL BE MAILED 11/1/17. POLICY STATES IF YOU DO NOT RECEIVE A RESPONSE WITHIN THE ALLOTTED TIME YOU MAY PROCEED TO THE NEXT STEP. IF IT IS A STEP 3 YOU MAY PROCEED AS IF DENIED AND SEEK OTHER MEANS TO ADDRESS THE ISSUE. THE GRIEVANCE OFFICE CANNOT FORCE A RESPONSE.

IDO HAS NOT REQUESTED AN EXTENSION THEREFORE YOU WERE NOT NOTIFIED, NOR DID YOU NOTIFY THIS OFFICE THAT YOU WERE PROCEEDING AS IF DENIED SO THE GRIEVANCES COULD BE CLOSED.

CURRENT STATUS OF COMPLAINTS IS OPEN/LATE.

YOU ASSUME YOU ARE RIGHT, YOU ASSUME YOU ARE BEING IGNORED. THE GRIEVANCE PROCESS DOES NOT WORK ON ASSUMPTIONS.

CONTINUES ON THE BACK

THE TONE OF YOUR OVERTURE IS CONDESCENDING IN THE LEAST AND BORDERING ON AGGRESSIVE.

YOU RECENTLY FILED GRIEVANCES 391152 AND 391153 CONCERNING HOW YOU WERE RESPONDED TO BY STAFF.

YET YOU CHOOSE TO USE A BELITTLING AND SARCASTIC MONOLOGUE INSTEAD OF SIMPLY ASKING FOR INFORMATION.

THIS BORDERS ON HYPOCRISY. IF THIS IS HOW YOU CHOOSE TO COMMUNICATE WITH THE GRIEVANCE OFFICE DULY NOTED AND RECORDED.

 — IGS. 11/1/17

Name: DAGIRBAUL, Quintin G.

## II. INITIAL TREATMENT PLAN (attach additional sheet if necessary) EXHIBIT F-6

    A. Problem: <u>Verification of High School Diploma</u>

        Goals: a.

                b.

    B. Problem: <u>Lack of Social Skills</u>

        Goals: a. <u>Cognitive Skills Classes</u>

                b. <u>Parenting Skills Classes</u>

    C. Problem: <u>Lack of Marketable Job Skills</u>

        Goals: a. <u>Vocational Education</u>

                b. <u>Available Workline</u>

## III. Immediate Program/Intervention Priorities:

    A. <u>Cognitive Skills Classes</u>

    B. <u>Parenting Skills Classes</u>

    C. <u>Vocational Education/Available Workline</u>

I have read my Initial Treatment Plan and have received a copy.

_____      10/1/03
INMATE                                              DATE

_____      9/22/03
CASE MANAGER                DATE

EXHIBIT F-7

8/29/17
397074

165 A1
COPY
NO
RESPONSE

# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY

### Administrative Program Action

To   DAGIRBAUD, Quintin        A0265488           8/28/17
          (Name)                  (No.)            (Date)

Re: Results of administrative meeting on:

☐ Your Program Change Request

☑ Your Classification/Program Review

☐ Your Personal Request

The WCF Classification Committee reviewed your reclassification scoresheet due to guilty charge 13.03 4 0.3 a7(9) Possession or introduction or use of any narcotic which revealed your total score to be 9. Your custody level has increased from Minimum to Medium.

Your next reclassification date will be February 2018.

_____   8/28/17
(Chairman of Committee)    (Date)

Receipt of Results:  _____   8-29-17
                     (Inmate)                   (Date)

EXHIBIT F-8

8/29
3970
165   D3
COPY
NO RESPONSE

○ show details  ● show summary
**Prison Reclassification Instrument**
**SECTION I: Identification and Vital Information**

| | | | |
|---|---|---|---|
| Current Facility: HCF | SID: A0265498 | Booking#: 201027609716 | Custody Status: PAROLE VIOLATION |
| Last Name: DAGIRBAUD | First Name: QUINTIN | | Middle Name/Initial: GEHN |
| Date of Birth: ████ 1974 | SSN: ████ 698 | Gender: MALE | Prison Admission Date: 10/06/2010 |
| Cmt Dt: 12/31/2007 | Min Exp Dt: 10/02/2018 | Max Exp Dt: 10/01/2023 | Prl Elg Dt: 08/02/2018 |
| Reason: NEW INFORMATION | Custody Level at Assessment: MINIMUM | | Language: ENGLISH |
| Final Custody Decision: MEDIUM | | Next Assessment Date: 02/24/2018 | |
| My Role is: YOKOYAMA, CRISTY | | Save As: Save as Final | |

**SECTION II: Custody Evaluation**

| | Risk Factor | Score |
|---|---|---|
| 1 | Severity Of Institutional Violence | 0 |
| 2 | Did the Institutional Violence Occur within the Last 18 months? | 0 |
| 3 | Severity Of Current Offense | 2 |
| 4 | Prior Conviction For Violent Crime(s) In last 10 years | 0 |
| 5 | Time left to Serve on Minimum Sentence | 0 |
| 6 | Escape History | 0 |
| 7 | Frequency of Misconduct Reports | 1 |
| 8 | Severity of Institutional Misconduct | 5 |
| 9 | Current Age | 1 |
| 10 | Release Eligibility (Time to parole eligibility or maximum expiration date, whichever is sooner.) | -2 |
| 11 | Program/Work Participation (Last 6 months) | 2 |
| | COMPREHENSIVE POINT TOTAL SCORE (Total factors 1 through 11.) | 9 |

Computed Custody Level: MEDIUM

**Section III: Non-Discretionary Exclusions From Minimum and Community Custody**
Non-Discretionary Exclusions from Minimum Custody. If any factor is "Yes" then adjusted custody level is Medium.

1. Less than one year from last violent episode — ○ Yes  ● No
2. Additional pending felony charges, felony hold or detainer — ○ Yes  ● No
3. Hawaii PSD escape/attempt escape within last 7 years — ○ Yes  ● No
4. 49 months or more to release date? — ○ Yes  ● No

Eligibility For Community. If both factors are "Yes" then adjusted custody level is Community.

1. Within 24 months of parole eligibility or discharge — ● Yes  ○ No
2. Completion of program required before Community custody/placement — ○ Yes  ● No

Adjusted Custody Level: MEDIUM

**Section IV: Special Issues**
No Special Issues

| Section V. Case Worker's Custody | Section VI: Facility Classification | Section VII: Central Classification |
|---|---|---|
| RecExcpt: No | RecExcpt: | RecExcpt: |
| Excptrea: None Selected | Excptrea: None Selected | Excptrea: None Selected |
| Sp issue: Yes | Sp issue: | Sp issue: |
| Cust lvl: MEDIUM | Cust lvl: MEDIUM | Cust lvl: MEDIUM |
| Tranrec: Inter | Tranrec: | Tranrec: |
| Trans to: HCF | Trans to: | Trans to: |
| rechsing: HCF | rechsing: | rechsing: |
| Rec By: YOKOYAMA, CRISTY K. | Rec By: | Rec By: |
| Dt: 08/28/2017 | Dt: 08/28/2017 | Dt: 08/28/2017 |
| Nxt Ast Dt: 02/24/2018 | Nxt Ast Dt: 02/24/2018 | Nxt Ast Dt: 02/24/2018 |

EXHIBIT F-9

8/29/1
397074
Δ2

165
COPY
NO
RESPONSE

○ show details ● show summary
**Prison Reclassification Instrument**

**SECTION I: Identification and Vital Information**

| | | | |
|---|---|---|---|
| Current Facility: WCF | SID: A0265488 | Booking#: 201027809116 | Custody Status: PAROLE VIOLATION |
| Last Name: DAGIRBAUD | First Name: QUINTIN | | Middle Name/Initial: GERN |
| Date of Birth: ▓▓▓ 1974 | SSN: ▓▓▓▓▓▓▓▓▓ | Gender: MALE | Prison Admission Date: 10/06/2010 |
| Cmt Dt: 12/31/2007 | Min Exp Dt: 10/02/2018 | Max Exp Dt: 10/01/2023 | Prl Elg Dt: 08/02/2018 |
| Reason: NEW INFORMATION | Custody Level at Assessment: COMMUNITY | | Language: ENGLISH |
| Final Custody Decision: MINIMUM | | Next Assessment Date: 10/02/2017 | |
| My Role is: KIMURA, HEATHER | | Save As: Save as Final | |

**SECTION II: Custody Evaluation**

| | Risk Factor | Score |
|---|---|---|
| 1. | Severity Of Institutional Violence | 3 |
| 2. | Did the Institutional Violence Occur within the Last 18 months? | 3 |
| 3. | Severity Of Current Offense | 2 |
| 4. | Prior Conviction For Violent Crime(s) In last 10 years | 0 |
| 5. | Time left to Serve on Minimum Sentence | 0 |
| 6. | Escape History | 0 |
| 7. | Frequency of Misconduct Reports | -3 |
| 8. | Severity of Institutional Misconduct | 5 |
| 9. | Current Age | 1 |
| 10. | Release Eligibility (Time to parole eligibility or maximum expiration date, whichever is sooner.) | -2 |
| 11. | Program/Work Participation (Last 6 months) | -1 |
| | COMPREHENSIVE POINT TOTAL SCORE (Total factors 1 through 11.) | 8 |

Computed Custody Level: MINIMUM

**Section III: Non-Discretionary Exclusions From Minimum and Community Custody**
Non-Discretionary Exclusions from Minimum Custody. If any factor is "Yes" then adjusted custody level is Medium.

| | | Yes | No |
|---|---|---|---|
| 1. | Less than one year from last violent episode | ○ Yes | ● No |
| 2. | Additional pending felony charges, felony hold or detainer | ○ Yes | ● No |
| 3. | Hawaii PSD escape/attempt escape within last 7 years | ○ Yes | ● No |
| 4. | 49 months or more to release date? | ○ Yes | ● No |

Eligibility For Community. If both factors are "Yes" then adjusted custody level is Community.

| | | Yes | No |
|---|---|---|---|
| 1. | Within 24 months of parole eligibility or discharge | ● Yes | ○ No |
| 2. | Completion of program required before Community custody/placement | ○ Yes | ● No |

Adjusted Custody Level: MINIMUM

**Section IV: Special Issues**
Conflicts: Management Problem: Treatment/Program Needs

| Section V. Case Worker's Custody | Section VI. Facility Classification | Section VII. Central Classification |
|---|---|---|
| RecExcpt: | RecExcpt: No | RecExcpt: No |
| Excptrea: None Selected | Excptrea: None Selected | Excptrea: None Selected |
| Sp issue: | Sp issue: No | Sp issue: Yes |
| Cust lvl: MINIMUM | Cust lvl: MINIMUM | Cust lvl: MINIMUM |
| Tranrec: | Tranrec: Inter | Tranrec: Inter |
| Trans to: | Trans to: WCF | Trans to: WCF |
| rechsing: | rechsing: WCF | rechsing: WCF |
| Rec By: | Rec By: MORREIRA, KEONE | Rec By: KIMURA, HEATHER J |
| Dt: 04/05/2017 | Dt: 04/05/2017 | Dt: 04/05/2017 |
| Nxt Ast Dt: 10/02/2017 | Nxt Ast Dt: 10/02/2017 | Nxt Ast Dt: 10/02/2017 |

○ show details ⊙ show summary

Prison Reclassification Instrument

EXHIBIT F-10

### SECTION I: Identification and Vital Information

| | | | |
|---|---|---|---|
| Current Facility: HCF | SID: A0265488 | Booking#: 201027809716 | Custody Status: PAROLE VIOLATION |
| Last Name: DAGIRBAUD | First Name: QUINTIN | | Middle Name/Initial: GEHN |
| Date of Birth: 05/17/1974 | SSN: XXX-XX-XX98 | Gender: MALE | Prison Admission Date: 10/06/2010 |
| Cmt Dt: 12/31/2007 | Min Exp Dt: 10/02/2018 | Max Exp Dt: 10/01/2023 | Prl Elg Dt: 08/02/2018 |
| Reason: REGULAR REVIEW | Custody Level at Assessment: MEDIUM | | Language: ENGLISH |
| Final Custody Decision: MEDIUM | | Next Assessment Date: 04/03/2017 | |
| My Role is: MORREIRA, KEONE | | Save As: Save as Final | |

### SECTION II: Custody Evaluation

| | Risk Factor | Score |
|---|---|---|
| 1. | Severity Of Institutional Violence | 3 |
| 2. | Did the Institutional Violence Occur within the Last 18 months? | 3 |
| 3. | Severity Of Current Offense | 2 |
| 4. | Prior Conviction For Violent Crime(s) In last 10 years | 0 |
| 5. | Time left to Serve on Minimum Sentence | 0 |
| 6. | Escape History | 0 |
| 7. | Frequency of Misconduct Reports | 0 |
| 8. | Severity of Institutional Misconduct | 5 |
| 9. | Current Age | 1 |
| 10. | Release Eligibility (Time to parole eligibility or maximum expiration date, whichever is sooner.) | -2 |
| 11. | Program/Work Participation (Last 6 months) | -1 |
| COMPREHENSIVE POINT TOTAL SCORE (Total factors 1 through 11.) | | 11 |
| Computed Custody Level: MEDIUM | | |

*handwritten: -3 (NONE in last 18 months)*
*handwritten: 8*

### Section III: Non-Discretionary Exclusions From Minimum and Community Custody

Non-Discretionary Exclusions from Minimum Custody. If any factor is "Yes" then adjusted custody level is Medium.

1. Less than one year from last violent episode — ⊙ Yes  ○ No
2. Additional pending felony charges, felony hold or detainer — ○ Yes  ⊙ No
3. Hawaii PSD escape/attempt escape within last 7 years — ○ Yes  ⊙ No
4. 49 months or more to release date? — ○ Yes  ⊙ No

Eligibility For Community. If both factors are "Yes" then adjusted custody level is Community.

1. Within 24 months of parole eligibility or discharge — ⊙ Yes  ○ No
2. Completion of program required before Community custody/placement — ⊙ Yes  ○ No

*handwritten: Transfer qualified. Transfer packet to Waiawa please. Thank you.*

Adjusted Custody Level: MEDIUM

### Section IV: Special Issues
No Special Issues

| Section V: Case Worker's Custody | Section VI: Facility Classification | Section VII: Central Classification |
|---|---|---|
| RecExcpt: No | RecExcpt: No | RecExcpt: |
| Excptrea: None Selected | Excptrea: None Selected | Excptrea: None Selected |
| Sp issue: No | Sp issue: No | Sp issue: |
| Cust lvl: MEDIUM | Cust lvl: MEDIUM | Cust lvl: MEDIUM |
| Tranrec: None | Tranrec: Intra | Tranrec: |
| Trans to: | Trans to: MODULE 1A | Trans to: |
| rechsing: | rechsing: MODULE 1A | rechsing: |
| Rec By: NIESEN, PAUL A | Rec By: MORREIRA, KEONE | Rec By: |
| Dt: 10/05/2016 | Dt: 10/05/2016 | Dt: 10/05/2016 |
| Nxt Ast Dt: 04/03/2017 | Nxt Ast Dt: 04/03/2017 | Nxt Ast Dt: 04/03/2017 |

EXHIBIT  F-11

○ show details  ● show summary

**Prison Reclassification Instrument**
**SECTION I: Identification and Vital Information**

| Current Facility: HCF | SID: A0265488 | Booking#: 201027809716 | Custody Status: PAROLE VIOLATION |
|---|---|---|---|
| Last Name: DAGIRBAUD | First Name: QUINTIN | | Middle Name/Initial: GEHN |
| Date of Birth: ████974 | SSN: ████698 | Gender: MALE | Prison Admission Date: 10/06/2010 |
| Cmt Dt: 12/31/2007 | Min Exp Dt: 10/02/2018 | Max Exp Dt: 10/01/2023 | Prl Elg Dt: 08/02/2018 |
| Reason: AMENDED | Custody Level at Assessment: CLOSE | | Language: ENGLISH |
| Final Custody Decision: MEDIUM | | Next Assessment Date: 09/30/2016 | |

My Role is: OWENS, MEGAN K :                    Save As: Save as Final

**SECTION II: Custody Evaluation**

| # | Risk Factor | Score |
|---|---|---|
| 1. | Severity Of Institutional Violence | 3 |
| 2. | Did the Institutional Violence Occur within the Last 18 months? | 3 |
| 3. | Severity Of Current Offense | 2 |
| 4. | Prior Conviction For Violent Crime(s) In last 10 years | 0 |
| 5. | Time left to Serve on Minimum Sentence | 0 |
| 6. | Escape History | 0 |
| 7. | Frequency of Misconduct Reports | 4 |
| 8. | Severity of Institutional Misconduct | 5 |
| 9. | Current Age | 1 |
| 10. | Release Eligibility (Time to parole eligibility or maximum expiration date, whichever is sooner.) | 0 |
| 11. | Program/Work Participation (Last 6 months) | -1 |
| | COMPREHENSIVE POINT TOTAL SCORE (Total factors 1 through 11.) | 17 |

Computed Custody Level: MEDIUM

**Section III: Non-Discretionary Exclusions From Minimum and Community Custody**
Non-Discretionary Exclusions from Minimum Custody. If any factor is "Yes" then adjusted custody level is Medium.

1. Less than one year from last violent episode — ● Yes  ○ No
2. Additional pending felony charges, felony hold or detainer — ○ Yes  ● No
3. Hawaii PSD escape/attempt escape within last 7 years — ○ Yes  ● No
4. 49 months or more to release date? — ○ Yes  ● No

Eligibility For Community. If both factors are "Yes" then adjusted custody level is Community.

1. Within 24 months of parole eligibility or discharge — ● Yes  ○ No
2. Completion of program required before Community custody/placement — ● Yes  ○ No

Adjusted Custody Level: MEDIUM

**Section IV: Special Issues**
No Special Issues

| Section V: Case Worker's Custody | | Section VI: Facility Classification | | Section VII: Central Classification | |
|---|---|---|---|---|---|
| RecExcpt: | No | RecExcpt: | | RecExcpt: | |
| Excptrea: | None Selected | Excptrea: | None Selected | Excptrea: | None Selected |
| Sp issue: | Yes | Sp issue: | | Sp issue: | |
| Cust lvl: | MEDIUM | Cust lvl: | MEDIUM | Cust lvl: | MEDIUM |
| Tranrec: | None | Tranrec: | | Tranrec: | |
| Trans to: | | Trans to: | | Trans to: | |
| rechsing: | HMSF | rechsing: | HMSF | rechsing: | HMSF |
| Rec By: | OWENS, MEGAN K I | Rec By: | | Rec By: | |
| Dt: | 03/18/2016 | Dt: | 03/18/2016 | Dt: | 03/18/2016 |
| Nxt Ast Dt: | 09/30/2016 | Nxt Ast Dt: | 09/14/2016 | Nxt Ast Dt: | 09/14/2016 |

○ show details  ● show summary

**Prison Reclassification Instrument**

**SECTION I: Identification and Vital Information**  EXHIBIT F-12

| | | | |
|---|---|---|---|
| Current Facility: HCF | SID: A0265488 | Booking#: 201027809716 | Custody Status: PAROLE VIOLATION |
| Last Name: DAGIRBAUD | First Name: QUINTIN | | Middle Name/Initial: GEHN |
| Date of Birth: 05/17/1974 | SSN: 1##-##-#698 | Gender: MALE | Prison Admission Date: 10/06/2010 |
| Cmt Dt: 12/31/2007 | Min Exp Dt: 10/02/2018 | Max Exp Dt: 10/01/2023 | Prl Elg Dt: 08/02/2018 |
| Reason: NEW INFORMATION | Custody Level at Assessment: MEDIUM | | Language: ENGLISH |
| Final Custody Decision: MINIMUM | | Next Assessment Date: 07/30/2016 | |

My Role is: OWENS, MEGAN K   Save As: Save as Final

**SECTION II: Custody Evaluation**

| # | Risk Factor | Score |
|---|---|---|
| 1. | Severity Of Institutional Violence | 0 |
| 2. | Did the Institutional Violence Occur within the Last 18 months? | 0 |
| 3. | Severity Of Current Offense | 2 |
| 4. | Prior Conviction For Violent Crime(s) In last 10 years | 0 |
| 5. | Time left to Serve on Minimum Sentence | 0 |
| 6. | Escape History | 0 |
| 7. | Frequency of Misconduct Reports | 0 |
| 8. | Severity of Institutional Misconduct | 3 |
| 9. | Current Age | 1 |
| 10. | Release Eligibility (Time to parole eligibility or maximum expiration date, whichever is sooner.) | 0 |
| 11. | Program/Work Participation (Last 6 months) | -1 |
| | COMPREHENSIVE POINT TOTAL SCORE (Total factors 1 through 11.) | 5 |

Computed Custody Level: MINIMUM

**Section III: Non-Discretionary Exclusions From Minimum and Community Custody**
Non-Discretionary Exclusions from Minimum Custody. If any factor is "Yes" then adjusted custody level is Medium.

| | | Yes | No |
|---|---|---|---|
| 1. | Less than one year from last violent episode | ○ | ● |
| 2. | Additional pending felony charges, felony hold or detainer | ○ | ● |
| 3. | Hawaii PSD escape/attempt escape within last 7 years | ○ | ● |
| 4. | 49 months or more to release date? | ○ | ● |

Eligibility For Community. If both factors are "Yes" then adjusted custody level is Community.

| | | Yes | No |
|---|---|---|---|
| 1. | Within 24 months of parole eligibility or discharge | ○ | ● |
| 2. | Completion of program required before Community custody/placement | ● | ○ |

Adjusted Custody Level: MINIMUM

**Section IV: Special Issues**
Treatment/Program Needs

| Section V: Case Worker's Custody | Section VI: Facility Classification | Section VII: Central Classification |
|---|---|---|
| RecExcpt: No | RecExcpt: | RecExcpt: |
| Excptrea: None Selected | Excptrea: None Selected | Excptrea: None Selected |
| Sp issue: Yes | Sp issue: | Sp issue: |
| Cust lvl: MINIMUM | Cust lvl: MINIMUM | Cust lvl: MINIMUM |
| Tranrec: Inter | Tranrec: | Tranrec: |
| Trans to: WCF | Trans to: | Trans to: |
| rechsing: WCF | rechsing: | rechsing: |
| Rec By: OWENS, MEGAN K I | Rec By: | Rec By: |
| Dt: 01/20/2016 | Dt: 01/20/2016 | Dt: 01/20/2016 |
| Nxt Ast Dt: 07/30/2016 | Nxt Ast Dt: 07/18/2016 | Nxt Ast Dt: 07/18/2016 |

EXHIBIT F-13

## STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY
## NOTICE OF PROGRAMMING

| TO | D'AGIRBAUD, Quintin | A0265488 | 05/24/17 |
|---|---|---|---|
| | **(NAME)** | **(SID No.)** | **Date)** |

TRANSFER ASSESSMENT COMMITTEE HELD ON: 05/24/17

Chairperson: SW Cristy Yokoyama
Member(s):

The Committee has determined that at this time, your placement at WCF is appropriate. Your recommended programs from your HCF RAD Unit Initial Treatment Plan are:

A. Cognitive Skills: Lifestiles
B. Available Workline

Certain conditions made you appropriate for Waiawa. Changes to those conditions may require an evaluation to determine your continued appropriateness. The different sections at Waiawa share information necessary to assure security, health and safety, and program participation. If you are unwilling or unable to participate in your recommended programs, it could result in an increase in custody and transfer to HCF. It could also affect your parole and/or work furlough plans.

Your custody level remains at Minimum. Your next re-classification date will be in October 2017.

c: File, Inmate, SW, Education

# CERTIFICATE OF ACHIEVEMENT

## WORKNET, INC.

THIS AWARD CERTIFIES THAT

### Quintin D'agirbaud

HAS COMPLETED THE <u>COGNITIVE SKILLS</u> COMPONENT OF THE

## LIFESTILES PROGRAM

_____
Chas Williams, Exec. Dir.

_____
Warren J. Tang, CSAC, ICADC

Date: 7/28/17



## Student Learning Outcomes

Upon successful completion of the courses, students will be able to:

1. Identify personal characteristics and analyze how these impact decision making and success.

2. Analyze factors which impact their relationships with others and articulate strategies and skills to encourage strong relationship building.

3. Identify participant research potential careers to build skills and prepare for employment.

4. Practice life-long learning strategies to increase continuous learning and learn about community resources to help achieve financial independence.

EXHIBIT F-16

8/29/17
397074
A4

165
COPY
NO
RESPONSE

## STATE OF HAWAII
### DEPARTMENT OF PUBLIC SAFETY
# NOTICE OF PROGRAMMING

Facility: _MCF_____

_____  _____
            Name                    Number

You are herein informed that your correctional program is scheduled to be heard by an administrative committee. You are to be present at:

_____, at _____, on the _____, 20__
   (Location)            (Time)            (Date)

Reason for hearing:

PROGRAM COMMITTEE HEARING:

To review programming, classification and appropriate facility placement.

You may ☐  may not ☐  retain legal counsel for this hearing.

_____
Committee Chairman

---

**RECEIPT OF NOTICE:**

I acknowledge receipt of the above notice. I understand that I have a right to 24 hour notice prior to the hearing. (If given less than 24 hours, by signing this receipt I am waiving my right to the 24 hour notice.)

_____  _____  Signature: _____
   (Date)           (Time)                         (Inmate)

---

**RESULTS OF HEARING: (Summary)**




_____  _____
 Committee Chairman          Date

I have reviewed the committee's findings and hereby   approve ☐   reject ☐   hold in abeyance ☐,   in whole ☐
in part ☐,   their recommendation.

_____  _____
     Administrator            Date

You have the right to seek administrative review of the decision through the grievance process within fourteen calendar days from receipt of the final decision.

Receipt of results:  Date: _____  Signature: _____
                                                        (Inmate)

DOC 8701 (2/98)

EXHIBIT F-17



G# 397727
9/27/17

# DEPARTMENT OF PUBLIC SAFETY
## WAIAWA CORRECTIONAL FACILITY
## PROGRAM HEARING RESULTS
### September 11, 2017

INMATE: DAGIRBAUD, Quintin             SID NO: A0265488

The WCF Program Committee met with you at the HCF Visit Room on 08/23/2017 to discuss the following: programming, classification and appropriate facility placement.

Committee member was Teresa Miike, OSSA.

**SUMMARY OF HEARING:**

You were transferred from HCF to WCF on 05/19/2017. You completed the Lifestiles/Cognitive Skills class on 07/28/2017. Your next parole hearing is scheduled in August 2018.

On 08/23/2017 you were found guilty of Possession or introduction or use of any narcotic paraphernalia, drugs, intoxicants, synthetic drug composition or alcoholic beverages not prescribed for the medical staff, which includes any form of being intoxicated. Your 30-day sanction expired on 08/26/2017.

A review of your classification was completed due to the drug misconduct. Your custody level increased to Medium. Therefore, you are no longer appropriate for WCF and will be transferred to HCF.