G# 397073
31 AUG 17

397055

**STATE OF HAWAII – DEPARTMENT OF PUBLIC SAFETY**
**ADMINISTRATIVE REMEDY FORM**

G# 397726
9/26/17

(This Control No. Must Accompany All Appeals)

Do Not Write in this Space
OFFICIAL USE ONLY
Date Received: 7/31
Date Logged: 7/31
Date Returned:
Response Due: 8/29

EXHIBIT G

NAME: Quintin-John D'Agirbaud III   SID: A0265548 G# 397726 9/26/17

HOUSING: HCF   SH   A5    CONTROL NO: Step 1 _____
        Facility  Module/Unit/Block/Cell        Step 2 _____

TO: (Step)  1. (X) Section supervisor/Inmate Grievance Specialist
            2. ___ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
            3. ___ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion with: WCF - Teresa Miike and warden (WCF) on 7/27/17
Resolution could not be obtained because: I wrote a request to them but was transfered to HCF.

Subject cannot be resolved informally because: I am no longer at WCF.
Attachments included: (Lower Step 1; Step 2; Misconduct & Hearing (DOC-8210A); Misconduct Report (DOC-8210))

**STATEMENT OF COMPLAINT/GRIEVANCE:**

On 7/26/17 I signed for a $130 store order. At 6am on 7/27/17 I was sent to WCF segregation for a misconduct investigation. On 7/28/17 I was promptly sent to HCF. None of my commissary or personal belongings followed. ACO Tuvale listed all of my property on proper property receipt. Upon leaving WCF I asked for my property and my receipts and was told I could not have them. WCF & HCF have the same exact commissary, I have no family to pick-up prison commissary on this island. WCF kept my property and my proof of receipts. I do not have funds to repurchase the exact same items here at HCF. There is no security issue and it is not written policy. Furthermore I am back for an investigation, not a guilty finding, therefore you are punishing me unjustly by keeping store bought items, which is actually theft.

**RESOLUTION SOUGHT:** That all of my property including commissary, radio, stamps, batteries is sent to me here at HCF immediately; or that you refund my $130.00 back to my spendable account.   Thank You

INMATE SIGNATURE _____   DATE 7-28-17

**RESOLUTION: (Do Not Write In This Space. OFFICIAL USE ONLY)**

On July 28, 2017 you were transferred from WCF to HCF. Your property was inventoried on July 27, 2017. Attached is a copy of COR.17.02 Personal Property of Inmates. It outlines what property is allowed to be transferred between correctional facilities. Commissary is not listed. Intake ACO F. Foumai made contact with Piilani Borges who is on your approved visit list on 08-01-17 and informed her that your property is available to be picked up. Ms. Borges informed ACO Foumai that she resides on the Big Island and she is not going to fly to Oahu to pick up your commissary. Your property/commissary is currently stored in WCF Intake with a deadline to pickup of September 01, 2017. You will need to make alternate means of pickup. XXXXXXXXXXXX

SIGNATURE OF RESPONDENT _____   TITLE COS   DATE 8/17/17

Appeals must be filed within five (5) calendar days upon receipt. Signed & dated ROAs must be returned. Step 3 responses are final.

INMATE ACKNOWLEDGED RESPONSE _____   DATE 8/23

WHITE/File   CANARY/Inmate Answer   PINK/Respondent   GOLD/Inmate Receipt   PSD 8215 (rev. 10/2015)