397-073

**STATE OF HAWAII – DEPARTMENT OF PUBLIC SAFETY**
**ADMINISTRATIVE REMEDY FORM**

EXHIBIT H

OFFICIAL USE ONLY
Date Received: 9/6
Date Logged: 9/6
Date Returned: ___
Response Due: 10/3

(This Control No. Must Accompany All Appeals)

NAME: Quintili-John D'Agirbaud   SID: A026548

HOUSING: HCF / SH / A-5
Facility / Module/Unit/Block/Cell

G#397726   S11
9/26/17   WARDEN

CONTROL NO: Step 1 397055
Step 2 _____

TO: (Step)
1. ___ Section supervisor/Inmate Grievance Specialist
2. X  Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
3. ___ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion with: _____ on _____
Resolution could not be obtained because: _____
Subject cannot be resolved informally because: _____
Attachments included: (Lower Step 1; Step 2; Misconduct & Hearing (DOC-8210A); Misconduct Report (DOC-8210)) _____

**STATEMENT OF COMPLAINT/GRIEVANCE:** I made multiple attempts to have my commissary follow me here to Halawa. As you can see with the 5 attached requests, I had just gotten a full $130 commissary. I know that WCF could have simply sent it with me to HCF. On August 17, 2017 I wrote my final request to WCF Intake instructing them to mail all my "excess" property to the address I wrote on the Excess Property Notice. I did not ask anyone to call my friend in Hilo asking her to pick-up my property. I specifically stated that I have no family/friends on this island to pick up my things. That is why I wrote MailTo: with Ms Borges name and address on the form. I was set up by inmates to get me kicked out of WCF. I will not allow staff or inmates to eat my hard earned money! As of this date she has not received nothing from WCF in the mail. I asked for copies of my property receipt(s) as well as the signed Excess Property form, however I've received neither.

**RESOLUTION SOUGHT:** That WCF restores my $130 back to my spendable accounts, or that C.I. Canteen replaces the exact items on my receipt "over here @ HCF.

INMATE SIGNATURE   DATE: Aug. 31, 2017

**RESOLUTION:** (Do Not Write In This Space. OFFICIAL USE ONLY)

Per Policy COR.17.02, your items were not transferred with you to HCF. You were provided a property receipt. Another one will be xerox copied and sent to you. Based on your request to mail out the items to Ms. Borges, we will do so at your cost as soon as you provide the address to Waiawa. Send your request to me.

In accordance with Policy and Procedure COR.12.03.10.4, if dissatisfied with this decision, you have five (5) calendar days to file an appeal.

SIGNATURE OF RESPONDENT   TITLE: Acting Warden   DATE: 9/15/17

Appeals must be filed within five (5) calendar days upon receipt. Signed & dated ROAs must be returned. Step 3 responses are final.

INMATE ACKNOWLEDGED RESPONSE   DATE: 11/3   9/21

WHITE/File   CANARY/Inmate Answer   PINK/Respondent   GOLD/Inmate Receipt   PSD 8215 (rev. 10/2015)