397726

**STATE OF HAWAII – DEPARTMENT OF PUBLIC SAFETY**
**ADMINISTRATIVE REMEDY FORM** S11

EXHIBIT I

(This Control No. Must Accompany All Appeals)

OFFICIAL USE ONLY
Date Received: 9/27
Date Logged: 9/28
Date Returned:
Response Due: 10/25

IDA

NAME: Quintin-John D'Agirbaud III   SID: A0265488
HOUSING: HCF   4B3 # 14
    Facility   Module/Unit/Block/Cell
CONTROL NO: Step 1 397055
            Step 2 397073

TO: (Step)  1. _____ Section supervisor/Inmate Grievance Specialist
            2. _____ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
            3. (X) Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion with: _____ on _____
Resolution could not be obtained because: _____ See Attached _____

Subject cannot be resolved informally because: _____
Attachments included: (Lower Step 1; Step 2; Misconduct & Hearing (DOC-8210A); Misconduct Report (DOC-8210) _____

**STATEMENT OF COMPLAINT/GRIEVANCE:**

The Acting Warden @ WCF refuses to recognize the full PSD Policy of the Personal Property of Inmates According to COR 17.02.7 Transfers to Segregation b. Store Orders - The store orders of an inmate transferred to segregation shall be protected in (2) ways:

1.) Return all unused items to the commissary and credit the inmates account accordingly.

I received my order on Wednesday July 26, 2017; I was sent to Segregation on Thursday July 27, 2017 I remained in seg @ HCF until Sept. 6, 2017 As a resolution on both my 1st and 2nd steps I asked to have a refund of all my commissary. I am told that policy is written to be adhered to, therefore, once again, I ask that my entire commissary be refunded to my spendable account. Thank you for your time and understanding in this important matter.

**RESOLUTION SOUGHT:**

* Store order receipts attached, I've yet to receive a copy of my property receipt with all items listed.

INMATE SIGNATURE    9-26-17
                    DATE

**RESOLUTION:** (Do Not Write In This Space. OFFICIAL USE ONLY)

The following is in response to your step III grievance appeal. We are unable to process reimbursement costs using the facility grievance process. Records indicate that you have already submitted a state tort claim and the facility has completed its portion as well. You will have to await the final outcome from the state tort claim office regarding the status of your claim. I'm attaching a copy of your signed property receipt from WCF dated 7/27/17. Your grievance is denied.

In accordance with P&P COR.12.03.10.6, this decision is final and the ultimate recourse available within the administrative remedy process.

SIGNATURE OF RESPONDENT SHARI KIMOTO    TITLE Acting Institutions Div Adm    DATE 11/2/17

Appeals must be filed within five (5) calendar days upon receipt. Signed & dated ROAs must be returned. Step 3 responses are final.

INMATE ACKNOWLEDGED RESPONSE _____    DATE 11/3

WHITE/File    CANARY/Inmate Answer    PINK/Respondent    GOLD/Inmate Receipt    PSD 8215 (rev. 10/2015)

| | INMATE'S NAME: |
|---|---|
| **DEPARTMENT OF PUBLIC SAFETY ADMINISTRATIVE SEGREGATION FORM PART A** | Quintin Gehn Dagirbaud |
| | INMATE'S SID: |
| | A0265488 |
| | HOUSING MOVEMENT FROM/TO: |
| | Building 9B to Cell#2 |

**REASON(S) FOR PLACEMENT IN ADMINISTRATIVE SEGREGATION (PART A)**
TO BE COMPLETED BY WATCH COMMANDER OR HIGHER AUTHORITY

**CHECK ALL THAT APPLY:**

☐ INMATE PRESENTS AN IMMEDIATE THREAT TO SAFETY OF SELF OR OTHERS

☐ INMATE JEOPARDIZES INTEGRITY OF INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ INMATE ENDANGERS INSTITUTIONAL SECURITY

☐ OTHER _____

**DESCRIPTION OR CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:**

13.03 4.0.3. a.7(9) Possession, introduction, manufacturing or use of any narcotic paraphernalia, drugs, intoxicants, synthetic drug composition or alcoholic beverage not prescribed for the individual by medical staff, which includes any form of being intoxicated.

13.03 4.0.3. a.7(15) Possession, introduction, or use of any tobacco/nicotine, tobacco/nicotine product, or tobacco/nicotine paraphernalia. Ths does not apply to inmates in a community based furlough program, unless the incident resulted in an arrest on a criminal offense/charge.

Inmate Dagirbaud was allegedly in possession of contraband (a brown leafy substance). The item was found in his assigned footlocker

This charge carries a maximum sentence 30 days

☐ CONTINUED ON ATTACHED PAGE   ☐ IF BASED ON CONFIDENTIAL INFORMATION, DATE INMATE NOTIFIED _____

| DATE OF PLACEMENT: | PRINT NAME AND TITLE OF AUTHORIZING PERSON: | SIGNATURE OF AUTHORIZING PERSON: |
|---|---|---|
| 7-27-17 | Lieutenant A. Monteilh | |
| **DATE AND TIME NOTICE SERVED ON INMATE:** 7-27-17 0855 HOURS | **PRINT NAME AND TITLE OF STAFF SERVING PLACEMENT NOTICE:** Brandon Torrico ACO III | SIGNATURE OF STAFF SERVING PLACEMENT NOTICE: |
| | INMATE SIGNATURE AND DATE: 7-27-17 | ☐ INMATE REFUSED TO SIGN. THE STAFF MEMBER SERVING THE FORM WITNESSED THE REFUSAL AND PROVIDED THE INMATE A COPY THIS FORM. |

DISTRIBUTION: INMATE, INSTITUTIONAL FILE, SEG UNIT, FACILITY HCU CLINICAL SECTION ADMINISTRATOR, COS, CS I/II

PSD 8226 (May 2014)

⑤　G# 397073　EXHIBIT I-2
　　31AUG17

# HALAWA CORRECTIONAL FACILITY

## RESPONSE TO INMATE

**Control #:** _____

Name of Inmate: __D'AGIRBAUD, Quintin__

SID#: __A0265488__    HOUSING UNIT: __HMSF Holding Unit__

Date letter initiated: __07/28/17__

Letter addressed to: __Acting Warden Harrington__

Date letter received: __07/31/17__

**DISPOSITION:**

Mr. D'agirbaud:

Your letter addressed to Acting Halawa Warden, Scott Harrington dated July 28, 2017 was forwarded to my office for response.

Your misconduct issue will be addressed by WCF staff. Regarding property, you need to submit an inter-unit request via your assigned CM and Unit Manager regarding transferring. Since you are in the Holding Unit, there are limitations on what property you are authorized to have in your possession based on your housing status. The housing Sgt. will let you know what items you can keep. You need to learn how to be brief when you write!!

c: HFW, UM Chun, CM Niesen, HU Sgt.

_____ RSA    8/1/17
Staff Member      Title        Date
Dovie Borges

White - Inmate's Response    Canary - Institutional File    Pink - Respondent Copy
DOC 3151 (7/02)

EXHIBIT I-3



| | |
|---|---|
| **DEPARTMENT OF PUBLIC SAFETY ADMINISTRATIVE SEGREGATION FORM PART C** | INMATE'S NAME: Dagirbaud, Quintin <br> INMATE'S SID: A0265488 <br> CURRENT HOUSING: SHU-MED |

**PROGRAM COMMITTEE REVIEW (PART C)**
THE FOLLOWING IS TO BE COMPLETED DURING THE ADMINISTRATIVE REVIEW BY THE PROGRAM COMMITTEE ON THE FIFTEENTH (15TH) DAY FOLLOWING SEGREGATION PLACEMENT

**INMATE WAIVERS:**
☐ INMATE WAIVES OR DECLINES TO BE PRESENT AT PROGRAM COMMITTEE REVIEW
☐ NO WITNESS(ES) REQUESTED BY INMATE

INMATE SIGNATURE: 
DATE/TIME:

**WITNESSES REQUESTED FOR PROGRAM COMMITTEE**

**PROGRAM COMMITTEE MEMBER OR MEMBERS (LIST NAME, TITLE, AND IDENTIFY THE CHAIRPERSON):**

M. Chun, UTM
M. Owens, CM

**DECISION:** ☐ RELEASE TO _____ (HOUSING)     ☒ MAINTAIN SEG HOUSING SUBJECT TO NEXT SCHEDULED REVIEW
☐ MUST BE HOUSED IN A SINGLE CELL

**REASON FOR DECISION (IF NECESSARY, ATTACH ADDITIONAL PAGES):**

Housing Issues
Maintain housing in Ad. Seg.

PRINT NAME OF CHAIRPERSON: M. Chun, UTM
SIGNATURE OF CHAIRPERSON: DATE/TIME: 8/15/17

PRINT NAME AND TITLE OF STAFF SERVING RESULTS: M. Chun, UTM
SIGNATURE OF STAFF SERVING RESULTS: DATE/TIME: 8/15/17

INMATE SIGNATURE AND DATE/TIME: 8/15/17

☐ INMATE REFUSED TO SIGN. THE STAFF MEMBER SERVING THE FORM WITNESSED THE REFUSAL AND PROVIDED THE INMATE A COPY THIS FORM.

DISTRIBUTION: INMATE, INSTITUTIONAL FILE, SEG UNIT, FACILITY HCU CLINICAL SECTION ADMINISTRATOR, COS, CS I/II

PSD 8226 (5/2014)

A0265488 : DAGIRBAUD, QUINTIN GENN    Receipt #36143

Location: WCF W9A

WCF                 7/20/2017



EXHIBIT I-6



Invoice :424:waiawaHI-431

| Code | Location | Qty | Product | Price | Ext |
|---|---|---|---|---|---|
| 4528 | 3-D-4- | 1 | BIC ROUND STIC BALLPOINT PEN BLACK | 0.15 | 0.15 |
| 4564 | 4-B-1- | 1 | WRITING PAD WHITE 8 1/2" X 11" | 1.10 | 1.10 |
| 5015 | 4-E-2- | 1 | SUAVE SHAMPOO CLARIFYING CLEAR | 2.55 | 2.55 |
| 5707 | 5-C-5- | 1 | SOAP DISH | 0.50 | 0.50 |
| 5729 | 5-C-8- | 1 | POCKET COMB 5" BLK | 0.20 | 0.20 |
| 5744 | 5-D-4- | 1 | OUCHLESS PONYTAIL HOLDERS BLACK 18 CT | 1.20 | 1.20 |
| 5352 | 6-B-2- | 1 | FLOSS PICK | 1.85 | 1.85 |
| 5335 | 6-C-6- | 1 | MEDIUM TOOTHBRUSH | 1.50 | 1.50 |
| 5441 | 6-D-4- | 1 | GOOD SENSE COUGH DROPS CHERRY | 1.55 | 1.55 |
| 5104 | 7-C-4- | 4 | PURE ANTIBACTERIAL WHITE SOAP BAR | 1.05 | 4.20 |
| 5145 | 7-E-3- | 1 | SECRET SOLID AP/DEO WIDE POWDER FRESH SCENT | 3.20 | 3.20 |
| 6103 | 8-A-2- | 1 | HAWAIIAN PUNCH S/F GREEN BERRY RUSH SINGLES | 2.55 | 2.55 |
| 6104 | 8-A-3- | 1 | HAWAIIAN PUNCH S/F ORANGE OCEAN SINGLES | 2.55 | 2.55 |
| 6150 | 8-D-1- | 1 | SUGAR SUBSTITUTE WITH ASPARTAME (110 CT) | 1.95 | 1.95 |
| 6041 | 8-D-4- | 2 | FOOD EXPRESS NON DAIRY CREAMER | 1.85 | 3.70 |
| 7306 | 10-C-1- | 10 | FAMOUS AMOS CHOCOLATE CHIP COOKIES | 0.68 | 6.80 |
| 6726 | 10-C-4- | 10 | STRAWBERRY TOAST EMS 2 PK | 0.65 | 6.50 |

Limit - Pop Tarts 10 : 2 not filled

| 7099 | 10-D-5- | 2 | KAR'S SALTED MIXED NUTS WITH PEANUTS | 3.75 | 7.50 |
| 7100 | 10-E-1- | 3 | KAR'S SRIRACHA PEANUTS | 1.20 | 3.60 |
| 7282 | 11-C-1- | 10 | COOKIES NUTTER BUTTER | 0.75 | 7.50 |
| 6059 | 11-C-3- | 2 | SWISS MISS HOT COCOA MIX SINGLE | 0.30 | 0.60 |

Menu - WCF : 8 not filled

| 6583 | 12-A-2- | 10 | SOUP POUCH  SHRIMP RAMEN | 0.60 | 6.00 |
| 6581 | 12-A-6- | 10 | SOUP POUCH  BEEF RAMEN | 0.60 | 6.00 |
| 6575 | 12-A-7- | 10 | SOUP POUCH SPICY BEEF RAMEN (H) | 0.60 | 6.00 |
| 7007 | 19-A-1- | 5 | DORITOS NACHO CHEESE | 1.20 | 6.00 |

A0265488 : DAGIRBAUD, QUINTIN GEHN  Receipt #36143

Location: WCF W9A

WCF

7/20/2017

EXHIBIT I-7

Invoice #424

| Code | | Qty | Product | Price | Ext |
|---|---|---|---|---|---|
| 7001 | 21-A-1- | 6 | CHEETOS CRUNCHY | 1.20 | 7.20 |
| 7017 | 25-A-1- | 5 | PEPE'S HOT AND SPICY PORK RINDS | 1.35 | 6.75 |
| 7015 | 26-A-1- | 3 | SNYDER'S JALAPENO PRETZEL PIECES | 0.95 | 2.85 |
| | | | Limit - Nuts 10 : 2 not filled | | |
| 6350 | 37-A-1- | 5 | SPAM SINGLE | 1.50 | 7.50 |
| 4500 | 37-C-1- | 1 | FOREVER STAMP (BOOK OF 10) | 4.90 | 4.90 |
| 4378 | 38-A-1- | 8 | POWERMAX AAA BATTERY | 0.50 | 4.00 |
| 4520 | 3-D-3- | 0 | ENVELOPE 9X12 CLASP MANILLA | 0.21 | 0.00 |
| | | | Menu - WCF : 2 not filled | | |
| 5774 | 5-B-6- | 0 | TRIM TWEEZERS SQUARE TIP | 0.65 | 0.00 |
| | | | Menu - WCF : 1 not filled | | |
| 5305 | 6-B-4- | 0 | COLGATE CLEAN MINT BAKING SODA GEL TOOTHPASTE FROSTY MINT | 3.40 | 0.00 |
| | | | Menu - WCF : 1 not filled | | |
| 5442 | 6-D-5- | 0 | GOOD SENSE COUGH DROPS HONEY LEMON | 1.55 | 0.00 |
| | | | Limit - Cough Drops : 1 not filled | | |
| 6061 | 8-C-5- | 0 | BACK COUNTRY HOT COCOA SUPREME | 2.60 | 0.00 |
| | | | OUT OF STOCK : 2 not filled | | |
| 6318 | 8-D-1- | 0 | TEXAS TITO'S JALAPENO SLICES | 0.55 | 0.00 |
| | | | Menu - WCF : 10 not filled | | |
| 6148 | 9-B-1- | 0 | FOOD EXPRESS SUGAR (CANISTER) | 2.65 | 0.00 |
| | | | Menu - WCF : 1 not filled | | |
| 7013 | 9-C-4- | 0 | HARVEST ROAD MINI PRETZEL | 2.25 | 0.00 |
| | | | Limit - Nuts 10 : 2 not filled | | |
| 4715 | 4-B-5- | * 1 | DURALUX SPORK YELLOW | 0.50 | 0.50 |

SubTotal: $118.95   SAVIN: $4.76   Total: $123.71

120 items   * Shipped separately.

Delivered By: _____  Date: 7·24·17

Resident: _____

Start Balance: $147.47
Resident Paid: $123.71
End Balance: $23.76

By signing, I authorize the deduction of funds from my account. Once my store has been signed for I understand that all sales are final. Menu is subject to change.

333-0095

Piilani
(friend)

EXHIBIT I-8

LOST
MSG
8/1/17
0916 hrs

# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY

### NOTICE OF EXCESS PROPERTY

You are hereby given notice that you may keep only those articles which are allowed to be in your possession in accordance with the policy and procedures of this correctional center. You are responsible to see that all arrangements are made to have the rest of your property (which shall include jewelry, luggage, excess clothes, etc.) sent or picked up by a friend or relative within **THIRTY (30) DAYS** of this notice. You are responsible for any mailing costs. You must send a written notice to the property officer which specifies to whom you wish the property sent or who will pick it up.

If you wish to know the complete details of how your personal property will be protected while you are in custody, you may review the department policy and this facility's procedures on the subject. Unabridged copies of these policies and procedures are kept in the facility library for your review.

DEADLINE: 08/27/2017

Failure to comply by the deadline shall result in all excess property presumed abandoned and disposed of in accordance with Paragraph 4.2 of the Department of Public Safety Policy and Procedure Number 493.17.02.

I have read or had read to me, this notice and I understand and will comply.

_____  7-27-17
SIGNATURE                  DATE

WITNESS:

_____  07/27/2017
SIGNATURE           DATE

MAIL TO: PIILANI BORGES
1384 AUWAE ROAD
HILO, HI 96720

_____  _____
SIGNATURE           DATE

DOC 8256 (4/97)

ORIGINAL TO INMATE
COPY TO DESIGNATED PROPERTY OFFICER

DEPARTMENT OF PUBLIC SAFETY

INMATE PROPERTY RECEIPT

EXHIBIT I-9

Facility: WCF
Date: 07/27/2017
Inmate (Print): DAGIRBAUD, QUINTON
SID No.: A0265488

| Qty/Amt | Item | Description | Released To | Date |
|---|---|---|---|---|
| 2 | | boxes Hawaiian Punch (unopen) | | |
| 10 | | shrimp ramen | | |
| 10 | | beef ramen | | |
| 10 | | spicy beef ramen | | |
| 5 | | spam | | |
| 3 | | pretzels | | |
| 9 | | pop tarts | | |
| 8 | | chocolate chip cookies | | |
| 9 | | nutter butter | | |
| 3 | | bag peanuts | | |
| 5 | | bag cheetos | | |
| 5 | | bag pork grinds | | |
| 2 | | box sugar | | |
| 2 | | bags creamer | | |
| 1 | | bag coffee | | |
| 1 | | open bag cough drop | | |
| 2 | | chocolate coco | | |
| 3 | | bar soap | | |

Received By: F. Trivale, Attending Officer
Date: 07.27.2017

Inmates Signature: [signed]
Date: 7.27.17

Inmate Property Transfer

DEPARTMENT OF PUBLIC SAFETY
INMATE PROPERTY RECEIPT

EXHIBIT I-10

Facility: WCF
Date: 07/27/2017
Inmate (Print): DAGRIBAUD, QUINTIN
SID No. A0265188

| Qty/Amt | Item | Description | Released To | Date |
|---|---|---|---|---|
| 2 | | soap dish | | |
| 1 | | toe nail clipper | | |
| 1 | | finger nail clipper | | |
| 1 | | tweezers | | |
| 1 | | multiple rubber bands | | |
| 14 | | batteries | | |
| 1 | | Pack (12) color pencils | | |
| 1 | | open box envelope | | |
| 7 | | razors | | |
| 5 | | combs | | |
| 1 | | radio | | |
| 1 | | earphones | | |
| 1 | | cup | | |
| 1 | | pack cotton swabs | | |
| 1 | | open pack floss & pick | | |
| 1 | | toothbrush | | |
| 1 | | shampoo | | |
| 1 | | lotion | | |
| 1 | | deodorant | | |

Received By: Faafetai Tuvale (Attending Officer)
Date: 07/27/2017

Inmates Signature: [signature]
Date: 9-27-17

**Inmate Property Transfer**

Property Transfered To: _____ Facility: _____



DAVID Y. IGE
GOVERNOR

RODERICK K. BECKER
Comptroller

AUDREY HIDANO
Deputy Comptroller

# STATE OF HAWAII
## DEPARTMENT OF ACCOUNTING AND GENERAL SERVICES
P.O. BOX 119, HONOLULU, HAWAII 96810-0119

November 28, 2017

Mr. Quintin-John D'Agirbaud, III
99-902 Moanalua Road, 4B3
Aiea, Hawaii 96701

Dear Mr. D'Agirbaud:

SUBJECT: Tort Claim – Incident dated: 07-27-17

The investigation of your claim does not reveal any legal negligence on the part of the State of Hawaii or its employees.

According to the department, store orders cannot be transferred between facilities. You were transferred to Halawa Correctional Facility prior to being placed in segregation.

The law makes the State of Hawaii liable only for losses incurred as a result of the negligence of its employees. The events do not appear to involve any negligent conduct on the part of any State employee, and therefore, your claim cannot be settled or paid under the State Tort Liability Act, Chapter 662, Hawaii Revised Statutes.

While we are sincerely sorry for the expense and inconvenience caused by this unfortunate incident, we trust you will understand our obligation to accept only those claims for which the State of Hawaii is legally responsible.

If you have any questions, please contact Ms. Maria Paet-Ugaitafa, Claims Management Specialist, at 586-0548.

Sincerely,

Tracy Kitaoka
Risk Management Officer

EXHIBIT I-12

# REQUEST FOR SERVICE

Inmate Name: _____D'AGIRBAUD, Quintin_____ Number: <u>A0265488</u>

Housing Location: <u>SCC</u>

To_____

Date_____

Subject (State briefly the problem on which you need assistance)_____
Note: If necessary, you may be interviewed in order to handle your request.   Your failure to specifically state your problem may result in no action being taken.

**DO NOT WRITE BELOW THIS LINE**

Referred To:_____   By:_____   Date: __11/29/17__

Disposition/Response:

This is a response to your letter regarding returning you to Hawaii and PC.  First you are not housed in PC you are in GP there at SCC. As for returning you to Hawaii. You had a misconduct at WCF for 7(9), you were found guilty.  You were return from Arizona in 2011.  From 2011 until present you incurred 3 misconducts, disobeying an order, fighting, and drugs.  You did this to yourself by getting misconducts.

_____                   11/29/17
Scott Jinbo, Contract Monitor                     Date

cc:   Records