cc'd 1/16/2018: JMS, RLP, PSA
Copy mailed to Mr. D'Agirbaud

To: Clerk/Judge U.S. District Court
District of Hawai'i

From: Quintin-John D'Agirbaud, III
#A0265488

Re: 42 USC §1983 Original Complaint

Date: January 5, 2018

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 12 2018
DISTRICT OF HAWAII

CV18 00021 JMS RLP

Please find enclosed my Leave To Proceed In Forma Pauperis, as well as an original of my complaint with exhibits and 2 copies of my original complaint without exhibits. I understand that exhibits need not be submitted at this time of filing, however, I fear retaliation by the State of Hawai'i by them destroying/confiscating my evidence that is crucial with my case.

Please let me know what else is needed, if anything, to file my complaint. I greatly appreciate your assistance in this important matter.

Sincerely,

Quintin-John D'Agirbaud, III

QUINTIN-JOHN D'AGIRBAUD, III
SCC - A0265488 - JB81
1250 EAST ARICA ROAD
ELOY, AZ 85131



MAILED FROM
SAGUARO CORRECTIONAL CENTER*

LEGAL MAIL

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAI'I
300 ALA MOANA BLVD., ROOM C-338
HONOLULU, HI 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 12 2018
DISTRICT OF HAWAII

CV18 00021 JMS RLP

cc'd: JMS, RLP, PSA

Juliet   JS   1-4-18