cc: JMS/RLP/psa
Mr. D'Agirbaud II

JULY 19, 2018   mailed entire
~~filed doc to P.~~
7/24/18. P

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 23 2018

at 4 o'clock and 00 min P M
SUE BEITIA, CLERK

HONORABLE RICHARD L. PUGLISI
U.S. DISTRICT COURT, JUDGE
300 ALA MOANA BLVD. C-338
HONOLULU, HI 96850-0338

RE: LETTER BRIEF OF PLAINTIFF QUINTIN-JOHN D'AGIRBAUD, III
RESPONSE TO STATE'S LETTER IN OPPOSITION TO PLAINTIFF'S MOTION
TO FILE AMENDED COMPLAINT, FILED JUNE 28, 2018
CV 18-00021 JMS-RLP; U.S. DISTRICT COURT, DISTRICT OF HAWAI'I

DEAR JUDGE PUGLISI:

I AM WRITING IN RESPONSE TO THE DEFENDANT'S OPPOSITION LETTER DATED JULY 13, 2018. I, QUINTIN-JOHN D'AGIRBAUD, III, PLAINTIFF STATE THE FOLLOWING:

BACKGROUND: I DO NOT DISPUTE THE BACKGROUND THAT WAS WRITTEN IN THE LETTER, HOWEVER, I ASK THIS HONORABLE COURT TO GRANT MY MOTION AND HAVE THE U.S. MARSHALS SERVE THE ADDITIONAL DEFENDANTS BASED ON THE FOLLOWING:

1. Plaintiff received this Courts order DISMISSING COMPLAINT IN PART AT Arizona Facility the morning of March 6, 2018.

2. Due to Plaintiff returning to the State of Hawai'i the evening of March 6, 2018, all his legal materials were boxed for shipment and not in his control.

(1)

Page 2 - Hon. Richard L. Puglisi
July 19, 2018

3. Knowing that he would not receive his legal materials for a minimum of 3-4 weeks once he returned to Hawaii, Plaintiff opted to stand on his complaint as limited by order.

4. On April 6, 2018 Plaintiff was transferred from Halawa back to Waiawa.

5. On April 11, 2018 & April 23, 2018 Plaintiff wrote to COS Evans and Warden Ornellas respectively asking for proof that it was actually drugs planted in my locker.

6. On June 25, 2018 COS responded to my letter over two and a half months after my initial letter dated April 11, 2018. It is interesting to note that COS responded after Plaintiff mailed his amended complaint on June 22, 2018. Plaintiff was denied to have his complaint sealed as "Legal Mail."

7. Plaintiff now has proof, through COS memo, that the Defendants did not have a toxicology test done on "brown leafy substance" however, found me guilty for drug possession. For all purposes it could have been tea.

(2)

1 See attached Inter-Office memorandum dated June 25, 2018

Page 3 - Hon. Richard L. Puglisi
July 19, 2018

   8. Plaintiff is not versed in legal terminology and sought Appointment of Counsel, which was denied.

   9. Plaintiff is not trying to "get around" any ruling. He amended his complaint to the best of his legal knowledge. He believes he wrote his original Count IV in error, claiming illegal search & seizure. His point was that a kite was sent, substance placed in his locker and staff charged him with two charges: Possession of drugs & Possession of tabacco. To this day COS is calling it a "brown leafy substance" because they never received any toxicology report verifying what substance was, which must be done to charge appropriately.

   10. Plaintiff was told by his case manager, not to "ruffle the feathers" as he sought disclosure of misconduct investigation.

   11. Plaintiff is a pro se prisoner who does not have access to electronic equipment and will take much longer than the Defendants. It has taken them close to one year to tell him that they do not have a toxicology report. So any delay on his part should be expected.

③

Page 4- Hon. Richard L. Puglisi
July 19, 2018

12. Plaintiff asks this honorable court to recognize the challenges he has in obtaining information from Defendants. Defendants set up Plaintiff; did not test what they "found"; lied in reply to Plaintiff's grievances; is forcing the Plaintiff to participate in a drug program due to the guilty finding of something w/o (without) confirming if substance was even drugs; Prolonging Plaintiff's stay in the correctional system unnecessarily, knowing he never did drugs at all.

13. Plaintiff's rights have been grossly violated by the Defendants and continue to do so by acknowledging they have no toxicology report, their chain of custody stops at "Lt. Safe", evidence bag was never sealed (based on pictures provided by WCF-COS), and their no care attitude to right their wrong.

14. The Defendants believe they are "immune" to everything and that the Plaintiff has no rights. Thus, claiming Plaintiff's amended complaint is "futile".

④

15. Again, Plaintiff asks this honorable court to grant his motion, and serve the additional Defendants by the U.S. Marshalls. Plaintiff seeks justice that is fair and true, despite the State's futile attempts to get around of holding the Defendants accountable for their illegal, gross, civil right violations against Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Honolulu, HI 96782     July 19, 2018

                                                                              /s/ Quintin John D'Agirbaud III

Enclosure:                                                    Quintin-John D'Agirbaud, III
                                                                        Petitioner Pro Se