CLARE E. CONNORS       7936
Attorney General of Hawaii

CARON M. INAGAKI     3835
JOHN M. CREGOR, JR.   3521
Deputy Attorney General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email: Caron.M.Inagaki@hawaii.gov
       John.M.Cregor@hawaii.gov

Attorneys for Defendants
SARAH ALANZO-CABARDO and
DOVIE BORGES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| QUINTIN-JOHN D'AGIRBAUD, III,<br><br>            Plaintiff,<br><br>vs.<br><br>SARAH ALANZO, DOVIE BORGES, NOLAN ESPINDA, SCOTT HARRINGTON, SHARI KIMITI, TERESA MIIKE, THOMAS EVANS, B. ORNELLAS, STATE OF HAWAII,<br><br>            Defendants. | CIVIL NO. CV18-00021 JMS-RLP<br><br>DEFENDANTS SARAH ALANZO-CABARDO AND DOVIE BORGES' MEMORANDUM WITH REGARD TO PLAINTIFF'S MOTION TO AMMEND TRIAL AND CONFERENCE SCHEDULING, FILED FEBRUARY 20, 2019 (ECF NO. 45); CERTIFICATE OF SERVICE<br><br>Trial: July 30, 2019<br>Judge: Hon. J. Michael Seabright |

DEFENDANTS SARAH ALANZO-CABARDO AND
DOVIE BORGES' MEMORANDUM WITH REGARD TO
PLAINTIFF'S MOTION TO AMMEND TRIAL AND CONFERENCE
SCHEDULING, FILED FEBRUARY 20, 2019 (ECF NO. 45)

Comes now, Defendants SARAH ALANZO-CABARDO and DOVIE BORGES ("Defendants"), by and through their counsel, Clare E. Connors, Attorney General of the State of Hawaii, Caron M. Inagaki and John M. Cregor, Jr., Deputy Attorneys General, hereby submits their Memorandum with Regard to Plaintiff's Motion to Ammend Trial and Conference Scheduling, filed February 20, 2019.

1. Plaintiff filed his Prisoner Civil Rights Complaint with a Jury Demand on January 12, 2018 (ECF No. 1).

2. Records of this case show that Plaintiff attended by telephone the Rule 16 conference with Judge Puglisi held on July 30, 2018.

3. Judge Puglisi set the case for a bench trial. There is nothing in the record to shed light on whether or not Plaintiff actually wanted a jury.

4. Plaintiff filed his Motion to Amend Trial (Jury Demand) on February 20, 2019 (ECF No. 45), 13 months after filing

5. Caselaw suggests that a Court will not enforce a waiver of a jury trial by an incarcerated pro se Plaintiff except when no demand is filed with the Complaint or a knowing intelligent waiver is clear. Moore Federal Practices, Third Edition, Sec.28.52, et seq.

6.    Accordingly, Defendants do not oppose Plaintiff's motion and request this matter be returned to the Magistrate Judge for a new Rule 16 Conference.

DATED: Honolulu, Hawaii, March 4, 2019.

STATE OF HAWAII

CLARE E. CONNORS
Attorney General of Hawaii


/s/ John M. Cregor
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
SARAH ALANZO-CABARDO and
DOVIE BORGES