IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| QUINTIN-JOHN D'AGIRBAUD, III, | CIVIL NO. 18-00021 JMS-WRP |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER TO |
| vs. | COMPEL DEFENDANT'S COOPERATION TO ANSWER |
| SARAH ALANZO-CABARDO, ET AL., | PLAINTIFF'S INTERROGATORIES AND PRODUCTION OF DOCUMENTS |
| Defendants. | |

ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER TO
COMPEL DEFENDANT'S COOPERATION TO ANSWER PLAINTIFF'S
INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Before the Court is Plaintiff's Motion for an Order to Compel Defendant's Cooperation to Answer Plaintiff's Interrogatories and Production of Documents, filed on September 12, 2019 (Motion). See ECF No. 71.  The Court finds this matter suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice of the United States District Court for the District of Hawaii (Local Rules).

In the Motion, Plaintiff asks the Court to compel Defendants to respond to Plaintiff's First Request for Answers to Interrogatories and Production of Documents mailed to Defendants' counsel on July 16, 2019. Id. at 1-2. Defendants filed a Response to Plaintiff's Motion noting that Plaintiff did not

comply with the meet and confer requirements in the Local Rules before filing his Motion but stating that "the referenced responses will be delivered in the near future." ECF No. 72.

The discovery deadline in this case is October 8, 2019. See ECF No. 63. There is no dispute that Defendants have failed to provide discovery responses that were served more than two months ago. Although it does not appear that Plaintiff met and conferred in person or by telephone with Defendants' counsel prior to filing the present Motion as contemplated by Local Rule 37.1, given that Plaintiff is proceeding pro se and is currently incarcerated, the Court will consider Plaintiff's Motion.

Based on the lack of opposition and finding good cause in support thereof, the Court GRANTS Plaintiff's request to compel Defendants to respond to Plaintiff's First Request for Answers to Interrogatories and Production of Documents. Defendants shall serve their written responses and produce documents responsive to the requests no later than September 27, 2019. Defendants shall file a Certificate of Service with the Court reflecting their compliance.

///

///

///

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, SEPTEMBER 17, 2019.



Wes Reber Porter
United States Magistrate Judge

**D'AGIRBAUD vs. ALANZO-CABARDO, ET AL.; CIVIL NO. 18-00021 JMS-WRP; ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER TO COMPEL DEFENDANT'S COOPERATION TO ANSWER PLAINTIFF'S INTERROGATORIES AND PRODUCTION OF DOCUMENTS**