CLARE E. CONNORS          7936
Attorney General of Hawaii

CARON M. INAGAKI          3835
JOHN M. CREGOR, JR.       3521
Deputy Attorney General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
Email: Caron.M.Inagaki@hawaii.gov
       John.M.Cregor@hawaii.gov

Attorneys for Defendants
SARAH ALONZO-CABARDO and
DOVIE BORGES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| QUINTIN-JOHN D'AGIRBAUD, III,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH ALANZO, DOVIE BORGES, NOLAN ESPINDA, SCOTT HARRINGTON, SHARI KIMITI, TERESA MIIKE, THOMAS EVANS, B. ORNELLAS, STATE OF HAWAII,<br><br>Defendants. | CIVIL NO. CV18-00021 JMS-WRP<br><br>CERTIFICATE OF SERVICE<br><br>RE: DEFENDANTS RESPONSE TO PLAINTIFF QUINTIN-JOHN D'AGIRBAUD, III'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS TO "DEFENDANT" STATE OF HAWAII |

782060_1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of DEFENDANTS RESPOND TO PLAINTIFF QUINTIN-JOHN D'AGIRBAUD, III'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS TO "DEFENDANT" STATE OF HAWAII was served on the following party at his last known address via U. S. Mail, postage prepaid as follows:

>QUINTIN-JOHN D'AGIRBAUD, III
>Halawa Correctional Facility
>99-902 Moanalua Road
>Aiea, Hawaii 96701
>
>Plaintiff Pro Se

DATED: Honolulu, Hawaii, September 24, 2019.

>STATE OF HAWAII
>
>CLARE E. CONNORS
>Attorney General of Hawaii
>
>/s/ John M. Cregor
>JOHN M. CREGOR, JR.
>Deputy Attorney General
>
>Attorney for Defendants
>SARAH ALONZO-CABARDO and
>DOVIE BORGES

782060_1

2