IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| QUINTIN-JOHN D'AGIRBAUD, III,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SARAH ALANZO, ET AL.,<br><br>　　　　　Defendants. | CIVIL NO. 18-00021 JMS-WRP<br><br>ORDER REFERRING CASE TO THE CIVIL PRO BONO PANEL |

ORDER REFERRING CASE TO THE CIVIL PRO BONO PANEL

The Court determines that this case is suitable for the limited appointment of pro bono counsel and REFERS this case to the Civil Pro Bono Panel for selection of pro bono counsel. See Rule 3(A) of the Rules for Civil Pro Bono Panel for the United States District Court for the District of Hawaii (Panel Rules). This referral is for the limited and confined purpose of assisting Plaintiff for: (1) the final pretrial conference, currently set for November 4, 2019, and (2) settlement negotiations and a settlement conference or conferences to be set on the same day and/or following the final pretrial conference.

After the Civil Pro Bono Coordinator secures pro bono counsel for Plaintiff, the Pro Bono Coordinator will notify the Clerk of the Court, and the Clerk shall enter a Notice of Appointment. See Panel Rule 3(C). After the pro bono counsel provides a letter accepting appointment, the Court will issue an Order

Appointing Pro Bono Representation in this action.  See Panel Rule 3(D).  Pro bono counsel, after accepting appointment, must obtain and file notice of a letter of consent from Plaintiff.  See Panel Rule 3(E).  If a letter cannot be obtained, then pro bono counsel shall file a notice of his/her efforts and inability to obtain the letter of consent and the Court will determine if further action is appropriate.  See id.

        IT IS SO ORDERED.

        DATED, HONOLULU, HAWAII, OCTOBER 10, 2019.



Wes Reber Porter
United States Magistrate Judge

**D'AGIRBAUD vs. ALANZO, ET AL.; CIVIL NO. 18-00021 JMS-WRP; ORDER REFERRING CASE TO THE CIVIL PRO BONO PANEL**