## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**　　　　　　　　　　　　　　　　　　　　　　　TEL (808) 541-1300
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (808) 541-1303

October 18, 2019

Quintin-John D'Agirbaud, III
A0265488- 1B2
HALAWA CORRECTIONAL FACILITY
99-902 Moanalua Rd
Aiea, HI 96701

**FORM 2 - NOTICE OF APPOINTMENT**
Re: CV 18-00021JMS-WRP

Pursuant to the court's order appointing pro bono representation in the above-referenced action, the Pro Bono Coordinator for the District of Hawai`i's Civil Litigation Pro Bono Panel ("Pro Bono Panel"), after having taken into consideration the experience and preferences of these attorneys regarding specific types of cases, selects the following attorney from the Pro Bono Panel and notifies the Clerk of the Court of this selection: **Wendy F. Hanakahi, Dentons US LLP, 1001 Bishop Street 18th Floor, Honolulu, HI 96813.**

The Federal Bar Association, Hawai`i Chapter Pro Bono Liaison for the Pro Bono Panel is hereby notified of the selection and is directed to contact the attorney to discuss the case and appointment as pro bono counsel. The attorney must, within ten (10) days of this notice, submit a letter to the presiding judge accepting or declining the appointment. If accepting the appointment, the attorney must confirm that no conflict of interest exists.

A copy of the Notice of Appointment shall be mailed by the Clerk's Office to the pro se litigant at his or her last known address.

　　　　　　　　　　　　　　　　　　Sue Beita, Clerk of Court

　　　　　　　　　　　　　　　　　　Signed by: AG